**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., § ARGUS CAMERA CO., LLC, § BUSHNELL INC., § DXG TECHNOLOGY (U.S.A.) INC., § DXG TECHNOLOGY CORP., § GENERAL ELECTRIC CO., § INTERNATIONAL NORCENT TECH., § LEICA CAMERA AG, § LEICA CAMERA INC., § MINOX GMBH, § MINOX USA, INC., § MUSTEK, INC. USA, § MUSTEK, INC., § OREGON SCIENTIFIC, INC., § POLAROID CORP., § RITZ INTERACTIVE, INC., § RITZ CAMERA CENTERS, INC., § SAKAR INTERNATIONAL, INC., D/B/A §     DIGITAL CONCEPTS, § TABATA U.S.A., INC., D/B/A §     SEA & SEA, § TARGET CORP., § VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., § WALGREEN CO., §     and § WAL-MART STORES, INC., § § Defendants. § | Civil Action No. _____ **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff FlashPoint Technology, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

-2-

Dated: March 7, 2008              Respectfully submitted,

      /s/ David Margules
David Margules
Delaware Bar No. 2254
E-mail: dmargules@bmf-law.com
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue
Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501

**OF COUNSEL**:
Patrick J. Coughlin, Esq.
E-mail: patc@csgrr.com
Michael J. Dowd, Esq.
E-mail: miked@csgrr.com
Ray A. Mandlekar, Esq.
E-mail: rmandlekar@csgrr.com
**COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

*Attorneys for Plaintiff*
*FlashPoint Technology, Inc.*