| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>08cv139 | DATE FILED<br>3/7/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br> Flashpoint Technology Inc. | | DEFENDANT<br> Aiptek Inc., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,118,480 | 9/12/00 | Flashpoint Technology Inc. |
| 2 | US 6,177,956 B1 | 1/23/01 | Flashpoint Technology Inc. |
| 3 | US 6,222,538 B1 | 4/24/01 | Flashpoint Technology Inc. |
| 4 | US 6,223,190 B1 | 4/24/01 | Flashpoint Technology Inc. |
| 5 | US 6,249,316 B1 | 6/19/01 | Flashpoint Technology Inc. |
| | US 6,486,914 | 11/26/02 | Flashpoint Technology Inc. |
| | US 6,504,575 | 1/7/03 | Flashpoint Technology Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>March 10, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**

**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

✎ AO 120 (Rev. 3/04) Case 1:08-cv-00139-GMS     Document 3     Filed 03/10/2008     Page 2 of 2
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**