AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

FLASHPOINT TECHNOLOGY, INC.

        PLAINTIFF,

V.

AIPTEK, INC., ET AL.

        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-139

TO: (Name and address of Defendant)

LEICA CAMERA INC.  
156 Ludlow Avenue  
Northvale, New Jersey 07647

Through its Registered Agent:  
The Corporation Trust Company  
1209 Orange Street  
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BOUCHARD MARGULES & FRIEDLANDER, P.A.  
222 Delaware Avenue  
Suite 1400  
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              3/7/08

CLERK                                                      DATE

_Bet Dunn_  
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>3/10/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND || TITLE<br>SPECIAL PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: LEICA CAMERA INC. . C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/08
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.