**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIPTEK, INC. et al., )<br>)<br>Defendant. ) | C.A. No. 08-139 |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant Bushnell Inc. ("Bushnell") and subject to the approval of the Court, that the time by which Bushnell shall answer, move, or otherwise respond to Plaintiff's complaint is extended to and including April 30, 2008.

  /s/ David J. Margules
David Margules (I.D. #2254)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com

*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

  /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant Bushnell Inc.*

**SO ORDERED** this ____ day of March, 2008.

_____
United States District Court Judge