**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-UNA |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., INTERNATIONAL NORCENT | § | |
| TECH., LEICA CAMERA AG, LEICA CAMERA INC., | § | |
| MINOX GMBH, MINOX USA, INC., MUSTEK, INC. | § | |
| USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., | § | |
| POLAROID CORP., RITZ INTERACTIVE, INC., RITZ | § | |
| CAMERA CENTERS, INC., SAKAR | § | |
| INTERNATIONAL, INC., D/B/A DIGITAL | § | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & | § | |
| SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |

**NOTICE OF DISMISSAL OF DEFENDANT
INTERNATIONAL NORCENT TECHNOLOGY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Flashpoint Technology Inc.

hereby dismisses this action as to defendant International Norcent Technology

("Norcent") in light of Norcent's chapter 11 petition in the United States Bankruptcy

Court, Central District of California, Los Angeles Division (the "Bankruptcy Court"),

Case No. 07-19169 and the automatic stay provision of 11 U.S.C. § 362.  This Notice of

Dismissal is being filed before service by Norcent of any motion or responsive pleading

and is without prejudice, and plaintiff reserves all rights with respect to its claims against

Norcent including but not limited to seeking to lift the automatic stay or pursuing its

claims against Norcent before the Bankruptcy Court.

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212)697-6262

Dated: March 21, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*