**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., INTERNATIONAL NORCENT | § | |
| TECH., LEICA CAMERA AG, LEICA CAMERA INC., | § | |
| MINOX GMBH, MINOX USA, INC., MUSTEK, INC. | § | |
| USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., | § | |
| POLAROID CORP., RITZ INTERACTIVE, INC., RITZ | § | |
| CAMERA CENTERS, INC., SAKAR | § | |
| INTERNATIONAL, INC., D/B/A DIGITAL | § | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & | § | |
| SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of David M. Hill to represent plaintiff Flashpoint Technology,

Inc. in this matter.

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated: March 24, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice*

is granted.

Date: _____                         _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State

of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this

action.  I also certify that I am generally familiar with this Court's Local Rules.  In

accordance with Standing Order for District Court Fund effective 1/1/05, I further certify

that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the

filing of this motion.

Date: 3/20/08        Signed: _____

David M. Hill
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

## <u>CERTIFICATE OF SERVICE</u>

I, Evan O. Williford, hereby certify that on March 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice**– with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
 *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 24, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

Aiptek, Inc.
51 Discovery
Suite 100
Irvine, CA 92618

Argus Camera Company LLC
1610 Colonial Parkway
Inverness, IL 60067

Bushnell Inc.
9200 Cody Street
Overland Park, KS 66214

DXG Technology (U.S.A.) Inc.
1001 Lawson Street
City of Industry, CA 91748

General Electric Company
3135 Easton Turnpike
Fairfield, CT 06431

Polariod Corporation
1265 Main Street
Waltham, MA 10022

Ritz Camera Centers, Inc.
6711 Ritz Way
Beltsville, MD 20705

Ritz Interactive Inc.
2010 Main Street
Suite 400
Irvine, CA 92614

Sakar International Inc.
D/B/A Digital Concepts
195 Carter Drive
Edison, NJ 08817

Tabata U.S.A. Inc.
D/B/A Sea & Sea
2380 Mira Mar Avenue
Long Beach, CA 90815

Leica Camera Inc.
156 Ludlow Avenue
Northvale, NJ 07647

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

Mustek, Inc. USA
15271 Barranca Parkway
Irvine, CA 92618

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

VistaQuest Corporation
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367

VuPoint Solutions Inc.
17583 Railroad Street
City of Industry, CA 91748

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Wal-mart Stores, Inc.
702 Southwest 8th Street
Bentonville, AK 72716

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*