IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § | C.A. No. 08-139-GMS |

**AFFIDAVIT OF MAILING PURSUANT TO LOCAL RULE 4.1(b)**

STATE OF DELAWARE    )
                     ) SS.
COUNTY OF NEW CASTLE )

I, Evan O. Williford, being duly sworn, depose and say:

1. I am an attorney with the law firm of Bouchard Margules & Friedlander, P.A., counsel to FlashPoint Technology, Inc., plaintiff in the above-captioned action; I am duly authorized to make this affidavit on plaintiff's behalf and to represent the facts set forth herein.

2. Pursuant to 10 *Del. C.* § 3104, on March 11, 2008, plaintiff served the Secretary of State of the State of Delaware with a summons and a copy of the complaint

{BMF-W0088861.}

filed in the above-captioned action (the "Complaint") with respect to defendant Sakar International Inc. d/b/a Digital Concepts ("Sakar").

3. On March 11, 2008, a letter was sent by registered mail, return receipt requested, stating the information required by 10 *Del. C.* § 3104(d) and attaching a summons and Complaint, to Sakar at the address listed below:

>Sakar International Inc.
>d/b/a Digital Concepts
>195 Carter Drive
>Edison, NJ 08817

4. An agent of Sakar received and accepted the summons and Complaint, as evidenced by the return postal receipt attached hereto as Tab 1.

_____
Evan O. Williford (Bar No. 4162)

SWORN TO AND SUBSCRIBED before me
this 25th day of March, 2008.

_____
Notary Public

**JENNIFER SPEAKMAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 16, 2009**

{BMF-W0088861.}

# TAB 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Sakar International Inc.<br>d/b/a Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | RE 338 479 916 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Affidavit of Mailing Pursuant to Local Rule 4.1(b)** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>  *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 25, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| General Electric Company<br>3135 Easton Turnpike<br>Fairfield, CT 06431 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

{BMF-W0088790.}

| | |
|---|---|
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | Wal-mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, AK 72716 |
| Polariod Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*