IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 08-139-GMS |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., | § § § § § § § § § § § § § § § | |
| Defendants | § § | |

## AFFIDAVIT OF MAILING PURSUANT TO LOCAL RULE 4.1(b)

STATE OF DELAWARE              )
                               ) SS.
COUNTY OF NEW CASTLE           )

I, Evan O. Williford, being duly sworn, depose and say:

1. I am an attorney with the law firm of Bouchard Margules & Friedlander, P.A., counsel to FlashPoint Technology, Inc., plaintiff in the above-captioned action; I am duly authorized to make this affidavit on plaintiff's behalf and to represent the facts set forth herein.

2. Pursuant to 10 *Del. C.* § 3104, on March 11, 2008, plaintiff served the Secretary of State of the State of Delaware with a summons and a copy of the complaint

{BMF-W0088860.}

filed in the above-captioned action (the "Complaint") with respect to defendant VistaQuest Corporation ("VistaQuest").

3. On March 11, 2008, a letter was sent by registered mail, return receipt requested, stating the information required by 10 *Del. C.* § 3104(d) and attaching a summons and Complaint, to VistaQuest at the address listed below:

> VistaQuest Corporation
> 6303 Owensmouth Avenue
> 10th Floor
> Woodland Hills, CA 91367

4. An agent of VistaQuest received and accepted the summons and Complaint on March 19, 2008, as evidenced by the return postal receipt attached hereto as Tab 1.

_____
Evan O. Williford (Bar No. 4162)

SWORN TO AND SUBSCRIBED before me
this 25th day of March, 2008.

_____
Jennifer Speakman
Notary Public

**JENNIFER SPEAKMAN**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires Oct. 16, 2009

{BMF-W0088860.}

# TAB 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/19/08 |
| 1. Article Addressed to:<br>VistaQuest Corporation<br>6303 Owensmouth Ave.<br>10th Floor<br>Woodland Hills, CA 91367 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | RE 338 479 947 US |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE CLARITA
CA 913
19 MAR 2008 PM 3

Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Attn: Evan O. Williford

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on March 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Affidavit of Mailing Pursuant to Local Rule 4.1(b)** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>  *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 25, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| General Electric Company<br>3135 Easton Turnpike<br>Fairfield, CT 06431 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

{BMF-W0088790.}

| | |
|---|---|
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | Wal-mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, AK 72716 |
| Polariod Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*