**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |

## AFFIDAVIT OF MAILING PURSUANT TO LOCAL RULE 4.1(b)

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| COUNTY OF NEW CASTLE | ) |

I, Evan O. Williford, being duly sworn, depose and say:

1.      I am an attorney with the law firm of Bouchard Margules & Friedlander,

P.A., counsel to FlashPoint Technology, Inc., plaintiff in the above-captioned action; I

am duly authorized to make this affidavit on plaintiff's behalf and to represent the facts

set forth herein.

2.      Pursuant to 10 *Del. C.* § 3104, on March 11, 2008, plaintiff served the

Secretary of State of the State of Delaware with a summons and a copy of the complaint

filed in the above-captioned action (the "Complaint") with respect to defendant Tabata

U.S.A. Inc. d/b/a Sea & Sea ("Tabata").

3.    On March 11, 2008, a letter was sent by registered mail, return receipt

requested, stating the information required by 10 *Del. C.* § 3104(d) and attaching a

summons and Complaint, to Tabata at the address listed below:

> Tabata U.SA. Inc.
> d/b/a Sea & Sea
> 2380 Mira Mar Avenue
> Long Beach, CA 90815

4.    An agent of Tabata received and accepted the summons and Complaint on

March 20, 2008, as evidenced by the return postal receipt attached hereto as Tab 1.

_____
Evan O. Williford (Bar No. 4162)

SWORN TO AND SUBSCRIBED before me
this 25th day of March, 2008.

_____
Notary Public

**JENNIFER SPEAKMAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 16, 2009**

{BMF-W0088857.}

# TAB 1

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tabata U.S.A. Inc.
d/b/a Sea & Sea
2380 Mira Mar Avenue
Long Beach, CA 90815

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                    ☐ Addresse

B. Received by (*Printed Name*)    C. Date of Delive
F. Barajas                         3/20/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☑ Return Receipt for Merchandis
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)    RE 338 479 920 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Attn: Evan O. Williford

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 25, 2008, I caused to be
electronically filed a true and correct copy of the foregoing document – **Affidavit of
Mailing Pursuant to Local Rule 4.1(b)** – with the Clerk of Court using CM/ECF which
will send notification of such filing to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 25, 2008, I caused a copy of the foregoing
document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| General Electric Company<br>3135 Easton Turnpike<br>Fairfield, CT 06431 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

{BMF-W0088790.}

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

VuPoint Solutions Inc.
17583 Railroad Street
City of Industry, CA 91748

Mustek, Inc. USA
15271 Barranca Parkway
Irvine, CA 92618

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

Wal-mart Stores, Inc.
702 Southwest 8th Street
Bentonville, AK 72716

Polariod Corporation
1265 Main Street
Waltham, MA 10022

Ritz Camera Centers, Inc.
6711 Ritz Way
Beltsville, MD 20705

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}