### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-139 GMS |
| | ) |
| AIPTEK, INC. et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant Bushnell Inc. ("Bushnell") and subject to the approval of the Court, that the time by which Bushnell shall answer, move, or otherwise respond to Plaintiff's complaint is extended to and including April 30, 2008. Counsel for Defendant has requested this extension to allow additional time to consider how it will respond to the complaint and to consult with its client as to its proposed course of action. No party will be prejudiced by this brief extension.

  /s/ David J. Margules  
David J. Margules (I.D. #2254)  
BOUCHARD MARGULES & FRIEDLANDER, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  
(302) 573-3500  
dmargules@bmf-law.com  

*Attorneys for Plaintiff*  
*FlashPoint Technology, Inc.*

  /s/ Richard K. Herrmann  
Richard K. Herrmann (I.D. #405)  
Mary B. Matterer (I.D. #2696)  
Amy Arnott Quinlan (I.D. #3021)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801-1494  
(302) 888-6800  
rherrmann@morrisjames.com  

*Attorneys for Defendant Bushnell Inc.*

**SO ORDERED** this ____ day of March, 2008.

_____  
United States District Court Judge