# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    C.A. No. 08-139-GMS |
| | § |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., | § § § § § § § § § § § § § § |
| Defendants | § |

## STIPULATION AND ORDER TO EXTEND

WHEREAS an extension of the time for Defendant AIPTEK, INC to answer, move or otherwise response to the Complaint would assist these parties in engaging in good faith settlement discussion and defendant AIPTEK, INC. in retaining local counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff FLASHPOINT TECHNOLOGY, INC. and out-of-state counsel for defendant AIPTEK, INC. and subject to the approval of the Court, that the time by which defendant AIPTEK, INC. shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including April 30, 2008.

{BMF-W0089054.3}

| | |
|---|---|
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | Wal-mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, AK 72716 |
| Polariod Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*

# **CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on March 27, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation to Extend Time** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 27, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| General Electric Company<br>3135 Easton Turnpike<br>Fairfield, CT 06431 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

VuPoint Solutions Inc.
17583 Railroad Street
City of Industry, CA 91748

Mustek, Inc. USA
15271 Barranca Parkway
Irvine, CA 92618

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

Wal-mart Stores, Inc.
702 Southwest 8th Street
Bentonville, AK 72716

Polaroid Corporation
1265 Main Street
Waltham, MA 10022

Ritz Camera Centers, Inc.
6711 Ritz Way
Beltsville, MD 20705

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*