# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   C.A. No. 08-139-GMS |
| | § |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § |
| INC., DXG TECHNOLOGY CORP., GENERAL | § |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § |
| WAL-MART STORES, INC., | § |
| | § |
| Defendants | § |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff FlashPoint Technology, Inc. and counsel for defendant VuPoint Solutions, Inc. ("VuPoint") and subject to the approval of the Court that the time by which VuPoint shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including April 30, 2008. Counsel for VuPoint has requested this extension to allow VuPoint to gather information, and to enable the parties to begin discussions, concerning the complaint.

{BMF-W0089198.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212)697-6262 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

Dated: March 27, 2008

**SO ORDERED** this _____ day of March, 2008

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 27, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation and Order to Extend Time** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
>   *Attorney for Defendant Bushnell, Inc.*

I further certify that on March 27, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| General Electric Company<br>3135 Easton Turnpike<br>Fairfield, CT 06431 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

| | |
|---|---|
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | Wal-mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, AK 72716 |
| Polaroid Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*