# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 08-139-GMS |
| § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, § | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § | |
| INC., DXG TECHNOLOGY CORP., GENERAL § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and § | |
| WAL-MART STORES, INC., § | |
| § | |
| Defendants § | |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the time by which defendants Leica Camera AG and Leica Camera Inc. (collectively, "Leica") shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including April 30, 2008. FlashPoint is bringing this motion because Leica has represented to FlashPoint that it has not yet, but is in the process of, obtaining Delaware counsel and anticipates doing so within 30 days pursuant to Local Rule 83.5(e).

{BMF-W0089220.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212)697-6262<br><br>Dated: March 28, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for plaintiff Flashpoint Technology, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § | C.A. No. 08-139-GMS |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the time for defendants Leica Camera AG and Leica Camera, Inc. to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.


Date: _____                    _____
                                                                 Chief Judge Gregory M. Sleet

{BMF-W0089241.}

**CERTIFICATE OF SERVICE**

  I, Evan O. Williford, hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

    Richard K. Herrmann, Esquire
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
     *Attorney for Defendant Bushnell, Inc.*

    Steven J. Balick
    Ashby & Geddes
    500 Delaware Avenue
    P.O. Box 1150
    Wilmington, DE  19899
     *Attorneys for Defendant General Electric Company*

  I further certify that on March 28, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |

{BMF-W0088790.}

| | |
|---|---|
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Polaroid Corporation<br>1265 Main Street<br>Waltham, MA 10022 | Wal-mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, AK 72716 |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}