IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-139-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AIPTEK, INC., ARGUS CAMERA CO. LLC, ) | |
| BUSHNELL INC., DXG TECHNOLOGY ) | |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., ) | |
| GENERAL ELECTRIC CO., INTERNATIONAL ) | |
| NORCENT TECH., LEICA CAMERA AG, ) | |
| LEICA CAMERA INC., MINOX GMBH, ) | |
| MINOX USA, INC., MUSTEK, INC. USA, ) | |
| MUSTEK, INC., OREGON SCIENTIFIC, INC., ) | |
| POLAROID CORP., RITZ INTERACTIVE, INC., ) | |
| RITZ CAMERA CENTERS, INC., SAKAR ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A SEA ) | |
| & SEA, TARGET CORP., VISTAQUEST CORP., ) | |
| VUPOINT SOLUTIONS, INC., WALGREEN ) | |
| CO., and WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the time within which individual defendants Target Corp. ("Target") and Wal-Mart Stores, Inc. ("Wal-Mart") must move, answer or otherwise respond to the Complaint is extended through and including May 2, 2008.

The reasons for this extension are: (1) Target and Wal-Mart require additional time to investigate the allegations of the Complaint and (2) Target and Wal-Mart have received no prior extensions of time within which to file their individual responses to the Complaint. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

2

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Evan Olin Williford<br>　　David E. Margules (#2254)<br>　　Evan Olin Williford (#4162)<br>　　222 Delaware Avenue, Suite 1400<br>　　Wilmington, DE 19801<br>　　Tel:　302-573-3500<br>　　dmargules@bmf-law.com<br>　　ewilliford@bmf-law.com<br><br>*Attorneys for Plaintiff FlashPoint Technology, Inc.* | By: /s/ Richard L. Horwitz<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza 6th Floor<br>　　1313 N. Market Street<br>　　P.O. Box 951<br>　　Wilmington, DE 19899<br>　　Tel: (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Target Corp. and Wal-Mart Stores, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet

857564 / 32907 / 32924

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 28, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 28, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| David E. Margules<br>Evan Olin Williford<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for Plaintiff FlashPoint Technology, Inc.* | Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>patc@csgrr.com<br>miked@csgrr.com<br>rmandlekar@csgrr.com<br>*Attorneys for Plaintiff FlashPoint Technology, Inc.* |
| John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>380 Madison Avenue<br>New York, NY 10017<br>wardj@wardolivo.com<br>olivoj@wardolivo.com<br>hilld@wardolivo.com<br>zinnam@wardolivo.com<br>*Attorneys for Plaintiff FlashPoint Technology, Inc.* | Richard K. Herrmann<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>rherrmann@morrisjames.com<br>*Attorneys for Defendant Bushnell Inc.* |

| | |
|---|---|
| David G. Wille<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>david.wille@bakerbotts.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* | Kenneth A. Liebman<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Kliebman@faegre.com<br>*Attorneys for Defendant Target Corp.* |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857485 / 32907 / 32924