IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-139-GMS |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., | ) | |
| DXG TECHNOLOGY (U.S.A.) INC., | ) | |
| DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| LEICA CAMERA AG, LEICA CAMERA INC., | ) | |
| MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., | ) | |
| RITZ CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., | ) | |
| D/B/A SEA & SEA, TARGET CORP., | ) | |
| VISTAQUEST CORP., VUPOINT | ) | |
| SOLUTIONS, INC., WALGREEN CO., and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant General Electric Co. must answer, move, or otherwise respond to the complaint in the above action is extended through and including April 30, 2008.  The reason for this request is to permit defense counsel time to conduct an appropriate investigation into the pertinent facts and applicable law, and to determine how to respond to the complaint.

BOUCHARD MARGULES &
    FRIEDLANDER, P.A.

*/s/ Evan O. Williford*
_____
David Margules (I.D. #2254)
Evan O. Williford (I.D. #4162)
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801
302-573-3500
dmargules@bmf-law.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*
*General Electric Co.*

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge