# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § | |
| Plaintiff, § § | |
| v. § | C.A. No. 08-139-GMS |
| § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § | |
| INC., DXG TECHNOLOGY CORP., GENERAL § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and § | |
| WAL-MART STORES, INC., § § | |
| Defendants § | |

## **MOTION TO EXTEND**

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Oregon Scientific, Inc. ("Oregon Scientific") shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. FlashPoint is bringing this motion in order to give Oregon Scientific time to retain local counsel in connection with the complaint.

{BMF-W0089303.}

| | |
|---|---|
| OF COUNSEL:<br><br>Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212)697-6262<br><br>Dated: March 28, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for plaintiff Flashpoint Technology, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the time for defendant Oregon Scientific, Inc. to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____

_____
Chief Judge Gregory M. Sleet

{BMF-W0089306.}

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Richard K. Herrmann, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>  *Attorneys for Defendant Bushnell, Inc.*

>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>Wilmington, DE  19899
>  *Attorneys for Defendant General Electric Company*

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendants Wal-Mart Stores and Target Corp.*

I further certify that on March 28, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>D/B/A Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |

{BMF-W0088790.}

| | |
|---|---|
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Tabata U.S.A. Inc.<br>D/B/A Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |
| Leica Camera Inc.<br>156 Ludlow Avenue<br>Northvale, NJ 07647 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | |
| Polaroid Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}