**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, § INC., MUSTEK, INC. USA, MUSTEK, INC., § OREGON SCIENTIFIC, INC., POLAROID CORP., § RITZ INTERACTIVE, INC., RITZ CAMERA § CENTERS, INC., SAKAR INTERNATIONAL, § INC., D/B/A DIGITAL CONCEPTS, TABATA § U.S.A., INC., D/B/A SEA & SEA, TARGET § CORP., VISTAQUEST CORP., VUPOINT § SOLUTIONS, INC., WALGREEN CO., and WAL- § MART STORES, INC., § § Defendants § | C.A. No. 08-139-GMS **JURY TRIAL DEMANDED** |

**MOTION TO EXTEND**

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Tabata U.S.A., Inc. d/b/a Sea & Sea, shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. FlashPoint is bringing this motion in order to give Tabata time to retain local counsel in connection with the complaint.

{BMF-W0089430.}

|  |  |
|---|---|
| OF COUNSEL:<br><br>Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: April 1, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>   *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on April 1, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Richard K. Herrmann, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>  *Attorneys for Defendant Bushnell, Inc.*
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>Wilmington, DE  19899
>  *Attorneys for Defendant General Electric Company*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendants Wal-Mart Stores and Target Corp.*

I further certify that on April 1, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Ritz Interactive Inc.<br>2010 Main Street<br>Suite 400<br>Irvine, CA 92614 |
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Sakar International Inc.<br>d/b/a Digital Concepts<br>195 Carter Drive<br>Edison, NJ 08817 |

{BMF-W0088790.}

DXG Technology (U.S.A.) Inc.  
1001 Lawson Street  
City of Industry, CA 91748

Tabata U.S.A. Inc.  
d/b/a Sea & Sea  
2380 Mira Mar Avenue  
Long Beach, CA 90815

Leica Camera Inc.  
156 Ludlow Avenue  
Northvale, NJ 07647

VistaQuest Corporation  
6303 Owensmouth Avenue  
10th Floor  
Woodland Hills, CA 91367

Minox USA Inc.  
438 Willow Brook Road  
Plainfield, NH 03781

VuPoint Solutions Inc.  
17583 Railroad Street  
City of Industry, CA 91748

Mustek, Inc. USA  
15271 Barranca Parkway  
Irvine, CA 92618

Walgreen Co.  
200 Wilmot Road  
Deerfield, IL 60015

Oregon Scientific, Inc.  
19861 Southwest 95th Avenue  
Tualatin, OR 97062

Polaroid Corporation  
1265 Main Street  
Waltham, MA 10022

Ritz Camera Centers, Inc.  
6711 Ritz Way  
Beltsville, MD 20705

/s/ Evan O. Williford  
David J. Margules (I.D. No. 2254)  
Evan O. Williford (I.D. No. 4162)  
BOUCHARD MARGULES & FRIEDLANDER, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, Delaware 19801  
Telephone: (302) 573-3500  
dmargules@bmf-law.com  
ewilliford@bmf-law.com  
*Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AIPTEK, INC., ARGUS CAMERA CO., LLC, § <br> BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § <br> INC., DXG TECHNOLOGY CORP., GENERAL § <br> ELECTRIC CO., LEICA CAMERA AG, LEICA § <br> CAMERA INC., MINOX GMBH, MINOX USA, INC., § <br> MUSTEK, INC. USA, MUSTEK, INC., OREGON § <br> SCIENTIFIC, INC., POLAROID CORP., RITZ § <br> INTERACTIVE, INC., RITZ CAMERA CENTERS, § <br> INC., SAKAR INTERNATIONAL, INC., D/B/A § <br> DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § <br> SEA & SEA, TARGET CORP., VISTAQUEST CORP., § <br> VUPOINT SOLUTIONS, INC., WALGREEN CO., and § <br> WAL-MART STORES, INC., § <br> § <br> Defendants § | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the time for defendant Tabata U.S.A, Inc., d/b/a Sea & Sea, to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____                            _____
                                                Chief Judge Gregory M. Sleet

{BMF-W0089632.}