IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY<br><br>      Plaintiff,<br><br>v.<br><br>AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTROIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A, INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., AND WALMART STORES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-139-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE

    Please enter the appearance of Richard D. Kirk of Bayard, P.A. as counsel for defendant Sakar International, Inc., d/b/a Digital Concepts in this matter.

April 4, 2008                        THE BAYARD FIRM

                                      /s/ Richard D. Kirk(rk0922)
                                      Richard D. Kirk (rk0922)
                                      222 Delaware Avenue
                                      Suite 900
                                      Wilmington, Delaware 19899-5130
                                      rkirk@bayardfirm.com
                                      (302) 655-5000

                                      Counsel for Defendant
                                      SAKAR INTERNATIONAL INC., D/BA/
                                      DIGITAL CONCEPTS

OF COUNSEL:

Ezra Sutton, Esquire
**EZRA SUTTON, P.A.**
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
732-634-3520

{00823117;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 4, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19899

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00823243;v1}