IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-139-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AIPTEK, INC., ARGUS CAMERA CO. LLC, ) | |
| BUSHNELL INC., DXG TECHNOLOGY ) | |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., ) | |
| GENERAL ELECTRIC CO., INTERNATIONAL ) | |
| NORCENT TECH., LEICA CAMERA AG, ) | |
| LEICA CAMERA INC., MINOX GMBH, ) | |
| MINOX USA, INC., MUSTEK, INC. USA, ) | |
| MUSTEK, INC., OREGON SCIENTIFIC, INC., ) | |
| POLAROID CORP., RITZ INTERACTIVE, INC., ) | |
| RITZ CAMERA CENTERS, INC., SAKAR ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A SEA ) | |
| & SEA, TARGET CORP., VISTAQUEST CORP., ) | |
| VUPOINT SOLUTIONS, INC., WALGREEN ) | |
| CO., and WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David G. Wille, Steven G. Schortgen, Jay B. Johnson and Samir A. Bhavsar of Baker Botts, LLP., 2001 Ross Avenue, Dallas, TX 75201 to represent Defendant Wal-Mart Stores, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: April 9, 2008
858212 / 32907

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: April 9, 2008         Signed:      /s/ David G. Wille
                                         David G. Wille
                                         Baker Botts, L.L.P.
                                         2001 Ross Avenue
                                         Dallas, TX 75201
                                         Tel: (214) 953-6500
                                         david.wille@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 9, 2008        Signed:    */s/ Steven G. Schortgen*
                                      Steven G. Schortgen
                                      Baker Botts, L.L.P.
                                      2001 Ross Avenue
                                      Dallas, TX 75201
                                      Tel: (214) 953-6500
                                      steve.schortgen@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐　　has been paid to the Clerk of the Court

☒　　will be submitted to the Clerk's Office upon the filing of this motion

Date: April 9, 2008　　　　Signed:　　　/s/ Jay B. Johnson
　　　　　　　　　　　　　　　　　　　　Jay B. Johnson
　　　　　　　　　　　　　　　　　　　　Baker Botts, L.L.P.
　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　Tel: (214) 953-6500
　　　　　　　　　　　　　　　　　　　　jay.johnson@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 9, 2008      Signed:      */s/ Samir A. Bhavsar*
Samir A. Bhavsar
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Tel: (214) 953-6500
samir.bhavsar@bakerbotts.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 9, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Richard K. Herrmann
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
*Attorneys for Defendant Bushnell Inc.*

| | |
|---|---|
| David G. Wille<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>david.wille@bakerbotts.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* | Kenneth A. Liebman<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Kliebman@faegre.com<br>*Attorneys for Defendant Target Corp.* |
| | */s/ David E. Moore*<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |

857485 / 32907 / 32924