IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> §<br>Plaintiff, §<br> §<br>v. § C.A. No. 08-139-GMS<br> §<br>AIPTEK, INC., ARGUS CAMERA CO., LLC, § **JURY TRIAL DEMANDED**<br>BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) §<br>INC., DXG TECHNOLOGY CORP., GENERAL §<br>ELECTRIC CO., LEICA CAMERA AG, LEICA §<br>CAMERA INC., MINOX GMBH, MINOX USA, INC., §<br>MUSTEK, INC. USA, MUSTEK, INC., OREGON §<br>SCIENTIFIC, INC., POLAROID CORP., RITZ §<br>INTERACTIVE, INC., RITZ CAMERA CENTERS, §<br>INC., SAKAR INTERNATIONAL, INC., D/B/A §<br>DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A §<br>SEA & SEA, TARGET CORP., VISTAQUEST CORP., §<br>VUPOINT SOLUTIONS, INC., WALGREEN CO., and §<br>WAL-MART STORES, INC., §<br> §<br>Defendants § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rajesh Arun Mandlekar to represent plaintiff Flashpoint Technology, Inc. in this matter.

{BMF-W0088193.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

Dated: April 10, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/31/08        Signed: _____
                     Rajesh Arun Mandlekar
                     COUGHLIN STOIA GELLER RUDMAN
                      & ROBBINS LLP
                     655 West Broadway, Suite 1900
                     San Diego, CA 92101
                     (619) 231-1058

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on April 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant Bushnell, Inc.*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
  *Attorneys for Defendant General Electric Company*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants Wal-Mart Stores and Target Corp.*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
  *Attorneys for Defendant Sakar International Inc.
  d/b/a Digital Concepts*

I further certify that on April 10, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

Aiptek, Inc.
51 Discovery
Suite 100
Irvine, CA 92618

Tabata U.S.A. Inc.
d/b/a Sea & Sea
2380 Mira Mar Avenue
Long Beach, CA 90815

Argus Camera Company LLC
1610 Colonial Parkway
Inverness, IL 60067

VistaQuest Corporation
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367

DXG Technology (U.S.A.) Inc.
1001 Lawson Street
City of Industry, CA 91748

VuPoint Solutions Inc.
17583 Railroad Street
City of Industry, CA 91748

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Mustek, Inc. USA
15271 Barranca Parkway
Irvine, CA 92618

Leica Camera Inc.
1 Pearl Court, Unit A
Allendale, NJ 07401

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

Polaroid Corporation
1265 Main Street
Waltham, MA 10022

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}