IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY<br><br>   Plaintiff,<br><br>v.<br><br>AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTROIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A, INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., AND WALMART STORES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-139-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Frank Frisenda of Frisenda, Quinton & Nicholson to represent Vupoint Solutions, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

{00827184;v1}

April 10, 2008                                        BAYARD, P.A.

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue
Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendant
Vupoint Solutions, Inc.

OF COUNSEL:

Frank Frisenda, Esquire
**FRISENDA QUINTON &
NICHOLSON**
11601 Wilshire Blvd., Suite 500
Los Angeles, CA  90025
702-792-3910

SO ORDERED, this _____ day of April, 2008.

_____
United States District Judge

{00827184;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: April 10, 2008

Frank Frisenda
FRISENDA Quinton & NICHOLSON
11601 Wilshire Blvd., Ste. 500
Los Angeles, CA 90025
Tele: 702/792-3910
Fax:  702/436-4176
Email: frankfrisenda@aol.co,

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 10, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk