IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AIPTEK, INC., ARGUS CAMERA CO. LLC, ) <br> BUSHNELL INC., DXG TECHNOLOGY ) <br> (U.S.A.) INC., DXG TECHNOLOGY CORP., ) <br> GENERAL ELECTRIC CO., INTERNATIONAL ) <br> NORCENT TECH., LEICA CAMERA AG, ) <br> LEICA CAMERA INC., MINOX GMBH, ) <br> MINOX USA, INC., MUSTEK, INC. USA, ) <br> MUSTEK, INC., OREGON SCIENTIFIC, INC., ) <br> POLAROID CORP., RITZ INTERACTIVE, INC., ) <br> RITZ CAMERA CENTERS, INC., SAKAR ) <br> INTERNATIONAL, INC., D/B/A DIGITAL ) <br> CONCEPTS, TABATA U.S.A., INC., D/B/A SEA ) <br> & SEA, TARGET CORP., VISTAQUEST CORP., ) <br> VUPOINT SOLUTIONS, INC., WALGREEN ) <br> CO., and WAL-MART STORES, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Kenneth A. Liebman, James R. Steffen, and Matthew A. Stump of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 to represent Defendant Target Corp. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant Target Corp.*

Dated: April 10, 2008
858279 / 32907

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                                    _____
                                                                              United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2008    Signed:  */s/ Kenneth A. Liebman*
                  Kenneth A. Liebman
                  Faegre & Benson LLP
                  2200 Wells Fargo Center
                  90 South Seventh Street
                  Minneapolis, MN 55402-3901
                  Tel: (612) 766-7000
                  KLiebman@faegre.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐    has been paid to the Clerk of the Court

    ☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2008      Signed:    */s/ James R. Steffen*
                                                James R. Steffen
                                                Faegre & Benson LLP
                                                2200 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN 55402-3901
                                                Tel: (612) 766-7000
                                                JRSteffen@faegre.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐    has been paid to the Clerk of the Court

    ☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2008    Signed:    */s/ Matthew A. Stump*
Matthew A. Stump
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
MStump@faegre.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 10, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 10, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Richard K. Herrmann
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
*Attorneys for Defendant Bushnell Inc.*

| | |
|---|---|
| Steven J. Balick<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>*Attorneys for Defendant General Electric Co.* | Richard D. Kirk<br>BAYARD<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>rkirk@bayardlaw.com<br>*Attorneys for Defendant Sakar International Inc. doing business as Digital Concepts* |
| Ezra Sutton<br>EZRA SUTTON, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, NJ 07095<br>esutton@ezrasutton.com<br>*Attorneys for Defendant Sakar International Inc. doing business as Digital Concepts* | David G. Wille<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>david.wille@bakerbotts.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |
| Kenneth A. Liebman<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Kliebman@faegre.com<br>*Attorneys for Defendant Target Corp.* | |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857485 / 32907 / 32924