IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY | ) | |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| INTERNATIONAL NORCENT TECH., | ) C.A. No. 08-139-GMS |
| LEICA CAMERA AG, LEICA CAMERA | ) | |
| INC., MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) **JURY TRIAL DEMANDED** |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) | |
| CORP., VUPOINT SOLUTIONS, INC., | ) | |
| WALGREEN CO., and WAL-MART STORES | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

### MUSTEK, INC. USA'S
### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant Mustek, Inc. USA makes the following disclosure:

Mustek, Inc. USA states that its parent corporation is Mustek Systems, Inc., which is a publicly traded company in Taiwan.

- 2 -

|  |  |
|---|---|
| | *[signature: Anne Shea Gaza]* |
| | Frederick L. Cottrell III (#2555) |
| | cottrell@rlf.com |
| Of Counsel: | Anne Shea Gaza (#4093) |
| Joseph R. Re | gaza@rlf.com |
| Irfan A. Lateef | RICHARDS, LAYTON & FINGER |
| Marko R. Zoretic | One Rodney Square |
| KNOBBE, MARTENS, OLSON & BEAR | 920 N. King Street |
| 2040 Main Street, 14th Floor | Wilmington, DE 19801 |
| Irvine, California 92614 | (302) 651-7700 |
| (949) 760-0404 | |
| | |
| Date: April 10, 2008 | *Attorneys for Defendant/Counterclaimant Mustek, Inc. USA* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@BMF-law.com
ewilliford@BMF-law.com

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
dmoore@potteranderson.com

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
rherrmann@morrijames.com

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
bankserve@bayardlaw.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

I hereby certify that on April 10, 2008, I sent by electronic mail the foregoing document to the following:

David M. Hill
John W. Olivo
John F. Ward
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY  10017
hilld@wardolivo.com
olivoj@wardolivo.com
wardj@wardolivo.com
zinnam@wardolivo.com

Michael J. Dowd
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
miked@csgrr.com

| | |
|---|---|
| Ezra Sutton<br>Law Offices of Ezra Sutton<br>900 Route 9, Suite 201<br>Woodbridge, NJ 07095<br>esutton@ezrasutton.com | Frank Frisenda<br>Frisenda Quinton & Nicholson<br>11601 Wilshire Blvd., Ste. 500<br>Los Angeles, CA 90025<br>frankfrisenda@aol.com |
| Kenneth A. Liebman<br>James R. Steffen<br>Matthew A. Stumpf<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>KLiebman@faegre.com<br>JSteffen@faegre.com<br>MStumpf@faegre.com | Steven G. Schortgen<br>Jay B. Johnston<br>Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Steve.schortgen@bakerbotts.com<br>Jay.johnston@bakerbotts.com<br>Samir.bhavsar@bakerbotts.com |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com