**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § § | C.A. No. 08-139-GMS  **JURY TRIAL DEMANDED** |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Ritz Interactive, Inc. ("Ritz"), shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. Counsel for Ritz has requested this extension to allow Ritz to gather information, and to enable the parties to begin discussion, concerning the complaint.

OF COUNSEL:

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated: April 11, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

# CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on April 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Richard K. Herrmann, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>  *Attorneys for Defendant Bushnell, Inc.*

>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>Wilmington, DE  19899
>  *Attorneys for Defendant General Electric Company*

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendants Wal-Mart Stores and Target Corp.*

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19801
>  *Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

I further certify that on April 11, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc.<br>51 Discovery<br>Suite 100<br>Irvine, CA 92618 | Tabata U.S.A. Inc.<br>d/b/a Sea & Sea<br>2380 Mira Mar Avenue<br>Long Beach, CA 90815 |

{BMF-W0088790.}

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

Argus Camera Company LLC
1610 Colonial Parkway
Inverness, IL 60067

VistaQuest Corporation
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367

DXG Technology (U.S.A.) Inc.
1001 Lawson Street
City of Industry, CA 91748

VuPoint Solutions Inc.
17583 Railroad Street
City of Industry, CA 91748

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Mustek, Inc. USA
15271 Barranca Parkway
Irvine, CA 92618

Leica Camera Inc.
1 Pearl Court, Unit A
Allendale, NJ 07401

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

Polaroid Corporation
1265 Main Street
Waltham, MA 10022

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., §<br>§<br>Plaintiff, §<br>§<br>v. § C.A. No. 08-139-GMS<br>§<br>AIPTEK, INC., ARGUS CAMERA CO., LLC, § **JURY TRIAL DEMANDED**<br>BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) §<br>INC., DXG TECHNOLOGY CORP., GENERAL §<br>ELECTRIC CO., LEICA CAMERA AG, LEICA §<br>CAMERA INC., MINOX GMBH, MINOX USA, INC., §<br>MUSTEK, INC. USA, MUSTEK, INC., OREGON §<br>SCIENTIFIC, INC., POLAROID CORP., RITZ §<br>INTERACTIVE, INC., RITZ CAMERA CENTERS, §<br>INC., SAKAR INTERNATIONAL, INC., D/B/A §<br>DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A §<br>SEA & SEA, TARGET CORP., VISTAQUEST CORP., §<br>VUPOINT SOLUTIONS, INC., WALGREEN CO., and §<br>WAL-MART STORES, INC., §<br>§<br>Defendants § | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the time for defendant Ritz Interactive, Inc., to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____          _____
                                Chief Judge Gregory M. Sleet

{BMF-W0090087.}