**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 08-139-GMS |
| § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, § | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § | **JURY TRIAL DEMANDED** |
| INC., DXG TECHNOLOGY CORP., GENERAL § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA § | |
| CAMERA INC., MINOX GMBH, MINOX USA, § | |
| INC., MUSTEK, INC. USA, MUSTEK, INC., § | |
| OREGON SCIENTIFIC, INC., POLAROID CORP., § | |
| RITZ INTERACTIVE, INC., RITZ CAMERA § | |
| CENTERS, INC., SAKAR INTERNATIONAL, § | |
| INC., D/B/A DIGITAL CONCEPTS, TABATA § | |
| U.S.A., INC., D/B/A SEA & SEA, TARGET § | |
| CORP., VISTAQUEST CORP., VUPOINT § | |
| SOLUTIONS, INC., WALGREEN CO., and WAL- § | |
| MART STORES, INC., § | |
| § | |
| Defendants § | |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Ritz Camera Centers, Inc. ("RCC"), shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. Counsel for RCC has requested this extension to allow RCC to gather information, and to enable the parties to begin discussion, concerning the complaint.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Evan O. Williford |
|  | David J. Margules (I.D. No. 2254) |
| Patrick J. Coughlin | Evan O. Williford (I.D. No. 4162) |
| Michael J. Dowd | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| Ray Arun Mandlekar | 222 Delaware Avenue, Suite 1400 |
| COUGHLIN STOIA GELLER | Wilmington, DE 19801 |
| RUDMAN & ROBBINS LLP | Telephone:  (302) 573-3500 |
| 655 West Broadway, Suite 1900 | dmargules@bmf-law.com |
| San Diego, CA 92101 | ewilliford@bmf-law.com |
| (619) 231-1058 | *Attorneys for plaintiff Flashpoint Technology, Inc.* |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on April 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Richard K. Herrmann, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
>   *Attorneys for Defendant Bushnell, Inc.*
>
> Steven J. Balick, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> Wilmington, DE 19899
>   *Attorneys for Defendant General Electric Company*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>   *Attorneys for Defendants Wal-Mart Stores and Target Corp.*
>
> Richard D. Kirk, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801
>   *Attorneys for Defendant Sakar International Inc.*
>   *d/b/a Digital Concepts*

I further certify that on April 11, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Aiptek, Inc. | Tabata U.S.A. Inc. |
| 51 Discovery | d/b/a Sea & Sea |
| Suite 100 | 2380 Mira Mar Avenue |
| Irvine, CA 92618 | Long Beach, CA 90815 |

{BMF-W0088790.}

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | VuPoint Solutions Inc.<br>17583 Railroad Street<br>City of Industry, CA 91748 |
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 |
| Mustek, Inc. USA<br>15271 Barranca Parkway<br>Irvine, CA 92618 | Leica Camera Inc.<br>1 Pearl Court, Unit A<br>Allendale, NJ 07401 |
| Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 | |
| Polaroid Corporation<br>1265 Main Street<br>Waltham, MA 10022 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the time for defendant Ritz Camera Centers, Inc., to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____

_____
Chief Judge Gregory M. Sleet

{BMF-W0090088.}