IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 08-139-GMS |
| | ) | |
| AIPTEK INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | ) | |
| INC., DXG TECHNOLOGY CORP., GENERAL | ) | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | ) | |
| CAMERA INC., MINOX GMBH, MINOX USA, | ) | |
| INC., MUSTEK INC. USA, MUSTEK INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA USA INC., D/B/A SEA & | ) | |
| SEA, TARGET CORP., VISTAQUEST CORP., | ) | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., | ) | |
| WAL-MART STORES INC. | ) | |
| | ) | |
| Defendants. | | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants, Leica Camera AG and Leica Camera Inc.

RLF1-3273468-1

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendants
Leica Camera AG and Leica Camera Inc.*

Dated: April 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@BMF-law.com
ewilliford@BMF-law.com

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
dmoore@potteranderson.com

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE  19801-1494
rherrmann@morrisjames.com

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
bankserve@bayardlaw.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com

I hereby certify that on April 15, 2008, I sent by electronic mail the foregoing document to the following:

David M. Hill
John W. Olivo
John F. Ward
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY  10017
hilld@wardolivo.com
olivoj@wardolivo.com
wardj@wardolivo.com
zinnam@wardolivo.com

Michael J. Dowd
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
miked@csgrr.com

| | |
|---|---|
| Ezra Sutton<br>Law Offices of Ezra Sutton<br>900 Route 9, Suite 201<br>Woodbridge, NJ 07095<br>esutton@ezrasutton.com | Frank Frisenda<br>Frisenda Quinton & Nicholson<br>11601 Wilshire Blvd., Ste. 500<br>Los Angeles, CA 90025<br>frankfrisenda@aol.com |
| Kenneth A. Liebman<br>James R. Steffen<br>Matthew A. Stump<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>KLiebman@faegre.com<br>JSteffen@faegre.com<br>MStump@faegre.com | Steven G. Schortgen<br>Jay B. Johnson<br>Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Steve.schortgen@bakerbotts.com<br>Jay.johnson@bakerbotts.com<br>Samir.bhavsar@bakerbotts.com |

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com