IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIPTEK INC., ARGUS CAMERA CO., LLC, )<br>BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) )<br>INC., DXG TECHNOLOGY CORP., GENERAL )<br>ELECTRIC CO., LEICA CAMERA AG, LEICA )<br>CAMERA INC., MINOX GMBH, MINOX USA, )<br>INC., MUSTEK INC. USA, MUSTEK INC., )<br>OREGON SCIENTIFIC, INC., POLAROID )<br>CORP., RITZ INTERACTIVE, INC., RITZ )<br>CAMERA CENTERS, INC., SAKAR )<br>INTERNATIONAL INC., D/B/A DIGITAL )<br>CONCEPTS, TABATA USA INC., D/B/A SEA & )<br>SEA, TARGET CORP., VISTAQUEST CORP., )<br>VUPOINT SOLUTIONS, INC., WALGREEN CO.,)<br>WAL-MART STORES INC. )<br>)<br>Defendants. | C. A. No. 08-139-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Joseph D. Evans, Jeffrey D. Sanok and Michael H. Jacobs to represent Defendants, Leica Camera AG and Leica Camera, Inc., in this matter.

*[signature: Anne Shea Gaza]*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendants*
*Leica Camera AG and Leica Camera Inc.*

OF COUNSEL:

Joseph D. Evans
Jeffrey D. Sanok
Michael H. Jacobs
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

Dated: April 23, 2008

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admissions *pro hac vice* is GRANTED.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83 5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83 6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion

_____
Joseph D. Evans

Joseph D. Evans
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Dated: April 22, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83 5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83 6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action  I also certify that I am familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion

Jeffrey D Sanok

Jeffrey D Sanok
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

Dated: 4-16-08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Michael H. Jacobs

Michael H. Jacobs
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Dated: 4/22/08

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@BMF-law.com
ewilliford@BMF-law.com

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
dmoore@potteranderson.com

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
bankserve@bayardlaw.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

I hereby certify that on April 23, 2008, I sent by electronic mail the foregoing document to the following:

David M. Hill
John W. Olivo
John F. Ward
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY 10017
hilld@wardolivo.com
olivoj@wardolivo.com
wardj@wardolivo.com
zinnam@wardolivo.com

Ezra Sutton
Law Offices of Ezra Sutton
900 Route 9, Suite 201
Woodbridge, NJ 07095
esutton@ezrasutton.com

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
KLiebman@faegre.com
JSteffen@faegre.com
MStump@faegre.com

Michael J. Dowd
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
miked@csgrr.com

Frank Frisenda
Frisenda Quinton & Nicholson
11601 Wilshire Blvd., Ste. 500
Los Angeles, CA 90025
frankfrisenda@aol.com

Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Steve.schortgen@bakerbotts.com
Jay.johnson@bakerbotts.com
Samir.bhavsar@bakerbotts.com

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com