**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AIPTEK, INC., ARGUS CAMERA CO., LLC, ) <br> BUSHNELL INC., DXG TECHNOLOGY ) <br> (U.S.A.) INC., DXG TECHNOLOGY CORP., ) <br> GENERAL ELECTRIC CO., ) <br> INTERNATIONAL NORCENT TECH., ) <br> LEICA CAMERA AG, LEICA CAMERA ) <br> INC., MINOX GMBH, MINOX USA, INC., ) <br> MUSTEK, INC. USA, MUSTEK, INC., ) <br> OREGON SCIENTIFIC, INC., POLAROID ) <br> CORP., RITZ INTERACTIVE, INC., RITZ ) <br> CAMERA CENTERS, INC., SAKAR ) <br> INTERNATIONAL, INC., D/B/A DIGITAL ) <br> CONCEPTS, TABATA U.S.A., INC., D/B/A ) <br> SEA & SEA, TARGET CORP., VISTAQUEST ) <br> CORP., VUPOINT SOLUTIONS, INC., ) <br> WALGREEN CO., and WAL-MART STORES ) <br> INC. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Please enter the appearance of Candice Toll Aaron of Saul Ewing LLP as counsel for Defendant Ritz Camera Centers, Inc. and Ritz Interactive, Inc.  This notice and entry of appearance is without waiver of any procedural or substantive right.

-2-

                                    **SAUL EWING LLP**

                                    /s/ Candice Toll Aaron
Candice Toll Aaron (DE ID # 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:   (302) 421-6800
Facsimile:    (302) 421-6813
Email: caaron@saul.com

*Counsel for Defendant Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Dated:  April 28, 2008