IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES INC. <br><br> Defendants. | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Candice Toll Aaron, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Sherry H. Flax, Esquire, of the law firm Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202-3171, as counsel for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc. Ms. Flax is admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, and is admitted to practice in the courts of those jurisdictions, in the U.S. District Court of Maryland, and in the U.S. Fourth Circuit Court of Appeals. In accordance with Standing Order for District

558461.1 4/28/08

Court Fund Effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

                                      **SAUL EWING LLP**

                                      /s/ Candice Toll Aaron
                                  Candice Toll Aaron (No. 4465)
                                  222 Delaware Avenue, Suite 1200
                                  P.O. Box 1266
                                  Wilmington, DE  19899
                                  (302) 421-6800 phone
                                  (302) 421-6813 facsimile
                                  caaron@saul.com

                                  *Counsel for Defendants Ritz Camera Centers, Inc.*
                                  *and Ritz Interactive, Inc.*

Dated:  April 28, 2008

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Sherry H. Flax, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and am admitted to practice in the courts of those jurisdictions, in the U.S. District Courts of Maryland and the District of Columbia, and in the U.S. Fourth Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

Sherry H. Flax, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
sflax@saul.com

*Counsel for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Dated: April 28, 2008

558461.1 4/28/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIPTEK, INC., ARGUS CAMERA CO., LLC, )<br>BUSHNELL INC., DXG TECHNOLOGY )<br>(U.S.A.) INC., DXG TECHNOLOGY CORP., )<br>GENERAL ELECTRIC CO., )<br>INTERNATIONAL NORCENT TECH., )<br>LEICA CAMERA AG, LEICA CAMERA )<br>INC., MINOX GMBH, MINOX USA, INC., )<br>MUSTEK, INC. USA, MUSTEK, INC., )<br>OREGON SCIENTIFIC, INC., POLAROID )<br>CORP., RITZ INTERACTIVE, INC., RITZ )<br>CAMERA CENTERS, INC., SAKAR )<br>INTERNATIONAL, INC., D/B/A DIGITAL )<br>CONCEPTS, TABATA U.S.A., INC., D/B/A )<br>SEA & SEA, TARGET CORP., VISTAQUEST )<br>CORP., VUPOINT SOLUTIONS, INC., )<br>WALGREEN CO., and WAL-MART STORES )<br>INC. )<br>)<br>Defendants. )<br>) | C.A. No. 08-139-GMS<br><br>**JURY TRIAL DEMANDED** |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Sherry H. Flax, Esquire is GRANTED.

DATED: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

558461.1 4/28/08

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES INC. <br><br> Defendants. | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, do hereby certify that on April 28, 2008, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Sherry H. Flax with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@BMF-1aw.com
ewilliford@BMF-law.com

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
rherrmann@morrijames.com

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com

Richard D. Kirk
Bayard, PA.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899 bankserve@bayardlaw.com

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
dmoore@potteranderson.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com

Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
gaza@rlf.com

I hereby further certify that on April 28, 2008, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

David M. Hill
John W. Olivo
John F. Ward
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY 10017
hilld@wardolivo.com
olivoj@wardolivo.com
wardj@wardolivo.com
zinnam@wardolivo.com

Michael J. Dowd, Esquire
Rajesh Ray Mandlekar, Esquire
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
miked@csgrr.com
rmandlekar@csgrr.com

| | |
|---|---|
| Ezra Sutton<br>Law Offices of Ezra Sutton<br>900 Route 9, Suite 201<br>Woodbridge, NJ 07095<br>esutton@ezrasutton.com | Kenneth A. Liebman, Esquire<br>James R. Steffen, Esquire<br>Matthew A. Stumpf, Esquire<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>KLiebman@faegre.com<br>JSteffen@faegre.com<br>MStumpf@faegre.com |
| Frank Frisenda<br>Frisenda Quinton & Nicholson<br>11601 Wilshire Blvd., Ste. 500<br>Los Angeles, CA 90025<br>frankfrisenda@aol.com | Steven G. Schortgen, Esquire<br>David G. Wille, Esquire<br>Jay B. Johnston, Esquire<br>Samir A. Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Steve.schortgen@bakerbotts.com<br>Jay.johnston@bakerbotts.com<br>Sarnir.bhaysar@bakerbotts.com |

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

*Counsel for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Dated: April 28, 2008