IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY | ) | C.A. No. 08-139-GMS |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| INTERNATIONAL NORCENT TECH., | ) | |
| LEICA CAMERA AG, LEICA CAMERA | ) | **JURY TRIAL DEMANDED** |
| INC., MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) | |
| CORP., VUPOINT SOLUTIONS, INC., | ) | |
| WALGREEN CO., and WAL-MART STORES | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Candice Toll Aaron, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Theodore Naccarella, Esquire, of the law firm Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202-3171, as counsel for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc. Mr. Naccarella is admitted, practicing, and in good standing as a member of the Bar of the State of Pennsylvania, and is admitted to practice in the courts of that jurisdiction, in the U.S. District Court for the Eastern District of Pennsylvania, and in the U.S. Court of Appeals for the Federal Circuit. In accordance with Standing Order for District Court Fund Effective January 1, 2005,

movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

                                         **SAUL EWING LLP**

                                         /s/ Candice Toll Aaron
                                        Candice Toll Aaron (No. 4465)
                                         222 Delaware Avenue, Suite 1200
                                         P.O. Box 1266
                                         Wilmington, DE  19899
                                         (302) 421-6800 phone
                                         (302) 421-6813 facsimile
                                         caaron@saul.com

                                         *Counsel for Defendants Ritz Camera Centers, Inc.*
                                         *and Ritz Interactive, Inc.*

Dated:  April 29, 2008

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Theodore Naccarella, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and am admitted to practice in the courts of that jurisdictions, in the U.S. District Courtfor the Eastern District of Pennsylvania, and in the U.S. Court of Appeals for the Federal Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules.

                                                      **SAUL EWING LLP**

                                                      Theodore Naccarella, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
tnaccarella@saul.com

*Counsel for Defendants Ritz Camera Centers, Inc.
and Ritz Interactive, Inc.*

Dated: April 28, 2008

1069432.1 4/28/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY | ) | C.A. No. 08-139-GMS |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| INTERNATIONAL NORCENT TECH., | ) | |
| LEICA CAMERA AG, LEICA CAMERA | ) | **JURY TRIAL DEMANDED** |
| INC., MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) | |
| CORP., VUPOINT SOLUTIONS, INC., | ) | |
| WALGREEN CO., and WAL-MART STORES | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Theodore Naccarella, Esquire is GRANTED.

DATED: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

558463.1 4/29/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY | ) | C.A. No. 08-139-GMS |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| INTERNATIONAL NORCENT TECH., | ) | |
| LEICA CAMERA AG, LEICA CAMERA | ) | **JURY TRIAL DEMANDED** |
| INC., MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) | |
| CORP., VUPOINT SOLUTIONS, INC., | ) | |
| WALGREEN CO., and WAL-MART STORES | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, do hereby certify that on April 29, 2008, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Theodore Naccarella with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

558463.1 4/29/08

| | |
|---|---|
| David J. Margules, Esquire<br>Evan O. Williford, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@BMF-law.com<br>ewilliford@BMF-law.com | Richard K. Herrmann, Esquire<br>Morris James, LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrijames.com |
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com | Richard D. Kirk, Esquire<br>Bayard, PA.<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>bankserve@bayardlaw.com |
| David Ellis Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>dmoore@potteranderson.com | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>cottrell@rlf.com | Anne Shea Gaza, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>gaza@rlf.com |

I hereby further certify that on April 29, 2008, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| David M. Hill, Esquire<br>John W. Olivo, Esquire<br>John F. Ward, Esquire<br>Michael J. Zinna, Esquire<br>Ward & Olivo<br>380 Madison Avenue<br>New York, NY 10017<br>hilld@wardolivo.com<br>olivoj@wardolivo.com<br>wardj@wardolivo.com<br>zinnam@wardolivo.com | Michael J. Dowd, Esquire<br>Rajesh Ray Mandlekar, Esquire<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>miked@csgrr.com<br>rmandlekar@csgrr.com |

| | |
|---|---|
| Ezra Sutton, Esquire<br>Law Offices of Ezra Sutton<br>900 Route 9, Suite 201<br>Woodbridge, NJ 07095<br>esutton@ezrasutton.com | Kenneth A. Liebman, Esquire<br>James R. Steffen, Esquire<br>Matthew A. Stumpf, Esquire<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>KLiebman@faegre.com<br>JSteffen@faegre.com<br>MStumpf@faegre.com |
| Frank Frisenda, Esquire<br>Frisenda Quinton & Nicholson<br>11601 Wilshire Blvd., Ste. 500<br>Los Angeles, CA 90025<br>frankfrisenda@aol.com | Steven G. Schortgen, Esquire<br>David G. Wille, Esquire<br>Jay B. Johnston, Esquire<br>Samir A. Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Steve.schortgen@bakerbotts.com<br>Jay.johnston@bakerbotts.com<br>Sarnir.bhaysar@bakerbotts.com |

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

*Counsel for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Dated: April 29, 2008