IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-139-GMS |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., | ) | |
| DXG TECHNOLOGY (U.S.A.) INC., | ) | |
| DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| LEICA CAMERA AG, LEICA CAMERA INC., | ) | |
| MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., | ) | |
| RITZ CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., | ) | |
| D/B/A SEA & SEA, TARGET CORP., | ) | |
| VISTAQUEST CORP., VUPOINT | ) | |
| SOLUTIONS, INC., WALGREEN CO., and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant General Electric Co. ("General Electric") must answer, move, or otherwise respond to the complaint in the above action is extended through and including May 30, 2008.

The reason for this request is that plaintiff and General Electric have reached an agreement in principle to settle their disputes, and with an additional 30 days, they anticipate

being in a position to finalize the necessary paperwork and file a stipulation of dismissal. Since the filing of papers taking adversarial positions can impede the process of finalizing settlement documentation, this extension is respectfully requested.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ David Margules* | */s/ Steven J. Balick* |
| David Margules (I.D. #2254) | Steven J. Balick (I.D. #2114) |
| Evan O. Williford (I.D. #4162) | John G. Day (I.D. #2403) |
| 222 Delaware Avenue | Lauren E. Maguire (I.D. #4261) |
| Suite 1400 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-573-3500 | Wilmington, Delaware 19899 |
| dmargules@bmf-law.com | 302-654-1888 |
| | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | *Attorneys for Defendant General Electric Co.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge

2