IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-139-GMS |
| | ) |
| AIPTEK INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS LEICA CAMERA, INC.'S AND LEICA CAMERA AG'S
STATEMENT UNDER FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Leica Camera, Inc. hereby states that it is a wholly owned subsidiary of Leica Camera AG, which is a publicly traded company. Defendant Leica Camera AG hereby states that the following entity owns more than 10% of its stock:

ACM Projektentwicklung GmbH
Gaisbergstrasse 6
A-5020 Salzburg
Austria

OF COUNSEL:

J.D. Evans
Jeffrey D. Sanok
Michael H. Jacobs
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
202-624-2500

Dated: April __, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendants
Leica Camera AG and Leica Camera Inc.*

RLF1-3278359-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@BMF-law.com
ewilliford@BMF-law.com

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
dmoore@potteranderson.com

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
bankserve@bayardlaw.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

Candace Toll Aaron
Saul Ewing LLP
222 Delaware Avenue #1200
P. O. Box 1266
Wilmington, DE 19899
caaron@saul.com

I hereby certify that on April 30, 2008, I sent by electronic mail the foregoing document to the following:

David M. Hill
John W. Olivo
John F. Ward
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY 10017
hilld@wardolivo.com
olivoj@wardolivo.com
wardj@wardolivo.com
zinnam@wardolivo.com

Ezra Sutton
Law Offices of Ezra Sutton
900 Route 9, Suite 201
Woodbridge, NJ 07095
esutton@ezrasutton.com

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
KLiebman@faegre.com
JSteffen@faegre.com
MStump@faegre.com

Sherry H. Flax
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171
sflax@saul.com

Michael J. Dowd
Rajesh Ray Mandlekar
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
miked@csgrr.com
rmandlekar@csgrr.com

Frank Frisenda
Frisenda Quinton & Nicholson
11601 Wilshire Blvd., Ste. 500
Los Angeles, CA 90025
frankfrisenda@aol.com

Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavsar
David G. Wille
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
Steve.schortgen@bakerbotts.com
Jay.johnson@bakerbotts.com
Samir.bhavsar@bakerbotts.com
David.Wille@bakerbotts.com

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3273483-1