**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-139 GMS |
| ) | |
| AIPTEK, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT TABATA U.S.A., INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tabata U.S.A., Inc. discloses that Tabata Co. Ltd., a privately held Japanese corporation, is the parent corporation of Defendant Tabata U.S.A., Inc.


Dated: April 30, 2008         /s/ Richard K. Herrmann
                              Richard K. Herrmann (I.D. #405)
                              MORRIS JAMES LLP
                              500 Delaware Avenue, Suite 1500
                              Wilmington, DE 19801-1494
                              (302) 888-6800
                              rherrmann@morrisjames.com

                              Matthew E. Digby
                              BINGHAM MCCUTCHEN LLP
                              Suite 4400
                              355 South Grand Ave
                              Los Angeles, CA 90071
                              (213) 680-6400

                              Michael D. Bednarek
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP
                              875 15th Street, N.W.
                              Washington, D.C. 20005
                              (202) 551-1700

                              *Attorneys for Defendant TABATA U.S.A., INC.*