**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. ) | |
| ) | |
| Planitiff, ) | |
| ) | |
| v. ) | Civil No. 08-cv-00139-GMS |
| ) | |
| AIPTEK, INC., *et al* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BUSHNELL INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bushnell Inc. states that Bushnell Inc. is a privately owned company and that Bushnell Inc. has no parent company and no publicly-traded company owns 10% or more of its stock.

Dated: April 30, 2008

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: 302-888-6800
Facsimile: 302-571-1750
rherrmann@morrisjames.com

Of Counsel:
Scott R. Brown
Jennifer C. Bailey
HOVEY WILLIAMS LLP
10801 Mastin Blvd, Suite 1000
Overland Park, Kansas 66210
Telephone: 913-647-9050
Facsimile: 913-647-9057
srb@hoveywilliams.com
jcb@hoveywilliams.com

*ATTORNEYS FOR BUSHNELL INC.*