IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIPTEK, INC., ARGUS CAMERA CO., LLC, ) <br> BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) ) <br> INC., DXG TECHNOLOGY CORP., GENERAL ) <br> ELECTROIC CO., LEICA CAMERA AG, LEICA ) <br> CAMERA INC., MINOX GMBH, MINOX USA, INC., ) <br> MUSTEK, INC. USA, MUSTEK, INC., OREGON ) <br> SCIENTIFIC, INC., POLAROID CORP., RITZ ) <br> INTERACTIVE, INC., RITZ CAMERA CENTERS, ) <br> INC., SAKAR INTERNATIONAL, INC., D/B/A ) <br> DIGITAL CONCEPTS, TABATA U.S.A, INC., D/B/A ) <br> SEA & SEA, TARGET CORP., VISTAQUEST CORP., ) <br> VUPOINT SOLUTIONS, INC., WALGREEN CO., ) <br> AND WALMART STORES, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-139-GMS |

**DEFENDANT VUPOINT SOLUTIONS, INC.'S
JOINDER IN DEFENDANTS LEICA CAMERA AG'S, LEICA CAMERA INC.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR A MORE DEFINIITE STATEMENT (D.I. 76)**

Defendant VuPoint Solutions, Inc. ("VuPoint") joins in and incorporates by reference, as if set forth herein in full, Defendants Leica Camera AG and Leica Camera, Inc.'s Motion to Dismiss or, in the Alternative, for a More Definite Statement (D.I. 76). Any factual arguments in that motion relating to Leica Camera AG and Leica Camera, Inc. are equally true regarding VuPoint (namely paragraph 64 of the Complaint, D.I. 1).

For the reasons set forth in Defendants Leica Camera AG and Leica Camera, Inc.'s Motion to Dismiss or, in the Alternative, for a More Definite Statement (D.I. 76), VuPoint respectfully requests the Court to dismiss the Complaint as to VuPoint under

{00866328;v1}

Fed. R. Civ. P. 12(b)(6) or, in the alternative, to require plaintiff Flashpoint Technology Inc. under Fed. R. Civ. P. 12(e) to furnish a more definite statement as to VuPoint.

May 2, 2008                                              BAYARD, P.A.

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendant
VuPoint Solutions, Inc.

OF COUNSEL:

Frank Frisenda, Esquire
**FRISENDA QUINTON & NICHOLSON**
11601 Wilshire Blvd., Suite 500
Los Angeles, CA  90025
702-792-3910

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 2, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on May 2, 2008 to the above counsel and were sent by email and by U.S. Mail on May 2, 2008 to the following non-registered participants:

David M. Hill, Esquire
John W. Olivo, Esquire
John F. Ward, Esquire
Michael J. Zinna, Esquire
Ward & Olivo
380 Madison Avenue
New York, New York 10017

Michael J. Dowd, Esquire
Rajesh Ray Mandlekar, Esquire
Coughlin Stoia Geller Rudman
& Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Sherry H. Flax, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171

James R. Steffen, Esquire
Kenneth A. Liebman, Esquire
Matthew A. Stump, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Ezra Sutton, Esquire
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095

David G. Wille, Esquire
Jay B. Johnson, Esquire
Samir A. Bhavsar, Esquire
Steven G. Schortgen, Esquire
2001 Ross Avenue
Dallas, Texas 7502-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00866305;v1}