IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | ) | |
| INC., DXG TECHNOLOGY CORP., GENERAL | ) | |
| ELECTROIC CO., LEICA CAMERA AG, LEICA | ) | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | ) | C.A. No. 08-139-GMS |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | ) | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | ) | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | ) | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | ) | |
| DIGITAL CONCEPTS, TABATA U.S.A, INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | ) | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., | ) | |
| AND WALMART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANT VUPOINT SOLUTIONS INC.'S
FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE

Defendant VuPoint Solutions, Inc., ("VuPoint"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

VuPoint states that it has no parent corporation and no publicly held corporation owns 10% or more or its stock.

{00866300;v1}

May 2, 2008                                    BAYARD, P.A.

                                               /s/ Richard D. Kirk(rk0922)
                                               Richard D. Kirk (rk0922)
                                               222 Delaware Avenue
                                               Suite 900
                                               Wilmington, Delaware  19899-5130
                                               rkirk@bayardfirm.com
                                               (302) 655-5000

                                               Counsel for Defendant
                                               VuPoint Solutions, Inc.

OF COUNSEL:

Frank Frisenda, Esquire
**FRISENDA QUINTON &
NICHOLSON**
11601 Wilshire Blvd., Ste 500
Los Angeles, CA  90025
702-792-3910

{00866300;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 2, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19899

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on May 2, 2008 to the above counsel and were sent by email and by U.S. Mail on May 2, 2008 to the following non-registered participants:

David M. Hill, Esquire
John W. Olivo, Esquire
John F. Ward, Esquire
Michael J. Zinna, Esquire
Ward & Olivo
380 Madison Avenue
New York, New York 10017

Michael J. Dowd, Esquire
Rajesh Ray Mandlekar, Esquire
Coughlin Stoia Geller Rudman
& Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

{00866305;v1}

Sherry H. Flax, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171

James R. Steffen, Esquire
Kenneth A. Liebman, Esquire
Matthew A. Stump, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Ezra Sutton, Esquire
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095

David G. Wille, Esquire
Jay B. Johnson, Esquire
Samir A. Bhavsar, Esquire
Steven G. Schortgen, Esquire
2001 Ross Avenue
Dallas, Texas 7502-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00866305;v1}