IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) |
| BUSHNELL INC., DXG TECHNOLOGY | ) |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | )  C.A. No. 08-139-GMS |
| GENERAL ELECTRIC CO., | ) |
| INTERNATIONAL NORCENT TECH., | ) |
| LEICA CAMERA AG, LEICA CAMERA | )  **JURY TRIAL DEMANDED** |
| INC., MINOX GMBH, MINOX USA, INC., | ) |
| MUSTEK, INC. USA, MUSTEK, INC., | ) |
| OREGON SCIENTIFIC, INC., POLAROID | ) |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) |
| CAMERA CENTERS, INC., SAKAR | ) |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) |
| CORP., VUPOINT SOLUTIONS, INC., | ) |
| WALGREEN CO., and WAL-MART STORES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**POLAROID CORPORATION'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The undersigned counsel of record for defendant Polaroid Corporation believe and certify that Petters Group Worldwide is Polaroid's parent corporation, and there are no publically held corporations that own 10 % or more of its stock.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendant*
*Polaroid Corporation*

OF COUNSEL:

Eric J. Ward
Heidi S. Martinez
WARD NORRIS HELLER
 & REIDY LLP
300 State Street
Rochester, NY 14614
(585) 454-0700

Dated: May 2, 2008

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 2, 2008, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Collins J. Seitz, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Collins J. Seitz, Jr. (#2237)
　　　　　　　　　　　　　　　　　　　　　　cseitz@cblh.com