IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-139-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AIPTEK, INC., ARGUS CAMERA CO. LLC, ) | |
| BUSHNELL INC., DXG TECHNOLOGY ) | |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., ) | |
| GENERAL ELECTRIC CO., INTERNATIONAL ) | |
| NORCENT TECH., LEICA CAMERA AG, ) | |
| LEICA CAMERA INC., MINOX GMBH, ) | |
| MINOX USA, INC., MUSTEK, INC. USA, ) | |
| MUSTEK, INC., OREGON SCIENTIFIC, INC., ) | |
| POLAROID CORP., RITZ INTERACTIVE, INC., ) | |
| RITZ CAMERA CENTERS, INC., SAKAR ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A SEA ) | |
| & SEA, TARGET CORP., VISTAQUEST CORP., ) | |
| VUPOINT SOLUTIONS, INC., WALGREEN ) | |
| CO., and WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT TARGET CORP.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Target Corp. hereby files its Corporate Disclosure Statement. Target Corp. has no parent corporation, and there is no publicly held corporation that owns 10% or more of Target Corp.'s stock.

OF COUNSEL:

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-8800

Dated: May 2, 2008
862449 / 32924

POTTER ANDERSON & CORROON LLP

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Target Corp..*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 2, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 2, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Richard K. Herrmann
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
*Attorneys for Defendant Bushnell Inc.*

| | |
|---|---|
| Daniel V. Folt<br>Matt Neiderman<br>Aimee M. Czachorowski<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>DFolt@duanemorris.com<br>MNeiderman@duanemorris.com<br>amczachorowski@duanemorris.com<br>*Attorneys for Defendant Aiptek Inc.* | Richard de Bodo<br>David H. Ben-Meir<br>Huan-Yi Lin<br>HOGAN & HARTSON LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>rdebodo@hhlaw.com<br>dhben-meir@hhlaw.com<br>hlin@hhlaw.com<br>*Attorneys for Defendant Aiptek Inc.* |
| Scott R. Brown<br>Jennifer C. Bailey<br>HOVEY WILLIAMS LLP<br>10801 Mastin Blvd, Suite 1000<br>Overland Park, KS 66210<br>srb@hoveywilliams.com<br>jcb@hoveywilliams.com<br>*Attorneys for Defendant Bushnell Inc.* | Steven J. Balick<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>*Attorneys for Defendant General Electric Co.* |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>gaza@rlf.com<br>*Attorneys for Defendants Leica Camera AG*<br>*and Leica Camera Inc.* | Joseph D. Evans<br>Jeffrey D. Sanok<br>Michael H. Jacobs<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 2004-2595<br>jdevans@crowell.com<br>jsanok@crowell.com<br>mjacobs@crowell.com<br>*Attorneys for Defendants Leica Camera AG*<br>*and Leica Camera Inc.* |
| Candice Toll Aaron<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>caaron@saul.com<br>*Attorneys for Defendant Ritz Interactive Inc.*<br>*and Ritz Camera Centers Inc.* | Theodore Maccarella<br>Sherry H. Flax<br>SAUL EWING LLP<br>Lockwood Place<br>500 East Pratt Street, Suite 900<br>Baltimore, MD 21202-3171<br>tmaccarella@saul.com<br>sflax@saul.com<br>*Attorneys for Defendant Ritz Interactive Inc.*<br>*and Ritz Camera Centers Inc.* |

Richard D. Kirk
BAYARD
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
*Attorneys for Defendant Sakar International Inc. doing business as Digital Concepts and Vupoint Solutions, Inc.*

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Tabata USA Inc. doing business as Sea & Sea*

Michael D. Bednarek
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
michaelbednarek@paulhastings.com
*Attorneys for Defendant Tabata USA Inc. doing business as Sea & Sea*

David G. Wille
Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavsar
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
david.wille@bakerbotts.com
steve.schortgen@bakerbotts.com
jay.johnson@bakerbotts.com
samir.bhavsar@bakerbotts.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

Ezra Sutton
EZRA SUTTON, P.A.
Plaza 9, 900 Route 9
Woodbridge, NJ 07095
esutton@ezrasutton.com
*Attorneys for Defendant Sakar International Inc. doing business as Digital Concepts*

Matthew E. Digby
BINGHAM MCCUTCHEN LLP
355 South Grand Ave., Suite 4400
Los Angeles, CA 90071
matthew.digby@bingham.com
*Attorneys for Defendant Tabata USA Inc. doing business as Sea & Sea*

Frank Frisenda
FRISENDA QUINTON & NICHOLSON
11601 Wilshire Blvd., Ste 500
Los Angeles, CA 90025
frankfrisenda@aol.com
*Attorneys for Defendant Vupoint Solutions, Inc.*

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Kliebman@faegre.com
JRSteffen@faegre.com
MStump@faegre.com
*Attorneys for Defendant Target Corp.*

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857485 / 32907 / 32924