**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § § | C.A. No. 08-139-GMS **JURY TRIAL DEMANDED** |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendants DXG Technology (U.S.A.), Inc. ("DXG USA") and DXG Technology Corp. ("DXG") shall answer, move, or otherwise respond to plaintiff's complaint to and including May 14, 2008. DXG has agreed to waive any defense of service of process with respect to the above-captioned action and plaintiff is bringing this motion in order to give DXG USA time to retain local counsel in connection with the complaint and to allow the parties to engage in discussions concerning the allegations of the complaint.

OF COUNSEL:

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated: May 2, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on May 2, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Defendant Polaroid Corporation*

{BMF-W0088790.}

I further certify that on May 2, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| DXG Technology (U.S.A.) Inc.<br>1001 Lawson Street<br>City of Industry, CA 91748 | Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 |
| Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 | Oregon Scientific, Inc.<br>19861 Southwest 95th Avenue<br>Tualatin, OR 97062 |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088790.}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § | C.A. No. 08-139-GMS **JURY TRIAL DEMANDED** |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the time for defendants DXG Technology (U.S.A.), Inc. and DXG Technology Corp. to answer, move, or otherwise respond to the complaint is extended to and including May 14, 2008.

Date: _____

_____
Chief Judge Gregory M. Sleet

{BMF-W0093273.}