IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIPTEK, INC., ARGUS CAMERA CO., LLC, ) <br> BUSHNELL INC., DXG TECHNOLOGY ) <br> (U.S.A.) INC., DXG TECHNOLOGY CORP., ) <br> GENERAL ELECTRIC CO., ) <br> INTERNATIONAL NORCENT TECH., ) <br> LEICA CAMERA AG, LEICA CAMERA ) <br> INC., MINOX GMBH, MINOX USA, INC., ) <br> MUSTEK, INC. USA, MUSTEK, INC., ) <br> OREGON SCIENTIFIC, INC., POLAROID ) <br> CORP., RITZ INTERACTIVE, INC., RITZ ) <br> CAMERA CENTERS, INC., SAKAR ) <br> INTERNATIONAL, INC., D/B/A DIGITAL ) <br> CONCEPTS, TABATA U.S.A., INC., D/B/A ) <br> SEA & SEA, TARGET CORP., VISTAQUEST ) <br> CORP., VUPOINT SOLUTIONS, INC., ) <br> WALGREEN CO., and WAL-MART STORES ) <br> INC. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

### RITZ CAMERA CENTERS, INC.'s
### DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ritz Camera Centers, Inc. certifies that it is a privately held corporation and that no publicly held entity owns more that ten percent (10%) of its stock.

| | |
|---|---|
| Of Counsel:<br>Sherry H. Flax<br>Saul Ewing LLP<br>500 E. Pratt St.<br>Baltimore, MD 21202<br>(410) 332-8784<br><br>Theodore Naccarella<br>Stephen Driscoll<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street – 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7777<br><br>Date: May 5, 2008 | _/s/ Candice Toll Aaron_<br>Candice Toll Aaron (DE Bar No. 4465)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>*Attorneys for Defendant/Counterclaimant Ritz Interactive, Inc.* |