IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-139-GMS<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

### RITZ CAMERA CENTERS, INC.'S
### DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ritz Camera Centers, Inc. certifies that it is a privately held corporation and that no publicly held entity owns more that ten percent (10%) of its stock.

558653.1 5/5/08

| | |
|---|---|
| Of Counsel:<br>Sherry H. Flax<br>Saul Ewing LLP<br>500 E. Pratt St.<br>Baltimore, MD 21202<br>(410) 332-8784<br><br>Theodore Naccarella<br>Stephen Driscoll<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street – 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7777<br><br>Date: May 5, 2008 | /s/<br>_____<br>Candice Toll Aaron (DE Bar No. 4465)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>*Attorneys for Defendant/Counterclaimant Ritz Camera Centers, Inc.* |