IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., </br></br>Plaintiffs, </br></br>v. </br></br>AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES INC. </br></br>Defendants. | C.A. No. 08-139-GMS </br></br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Joseph R. Re, Irfan A. Lateef, and Marko R. Zoretic of Knobbe, Martens, Olson & Bear, LLP to represent Mustek, Inc. USA in this matter.

*Anne Shea Gaza*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant/Counterclaimant Mustek, Inc. USA*

Date: May 5, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted this ____ day of _____, 2008.

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Signed: *[signature]*

Date: 5-2-08

Joseph R. Re, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Signed: *[signature]*

Date: May 2, 2008

Irfan A. Lateef, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

(949) 760-0404

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Signed: /s/ Marko R. Zoretic

Date: May 2, 2008

Marko R. Zoretic, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

(949) 760-0404

5130485
040908

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules
Evan O. Williford
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@BMF-law.com
ewilliford@BMF-law.com
*Attorneys for Plaintiff*
*FlashPoint Technology, Inc.*

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
*Attorneys for Defendant*
*General Electric Company*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant*
*Wal-Mart Stores and Target Corp.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
kbrady@cblh.com
*Attorneys for Defendant*
*Polaroid Corporation*

Richard K. Herrmann
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
*Attorneys for Defendants*
*Bushnell, Inc. and Tabata U.S.A., Inc.*
*d/b/a Sea & Sea*

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
bankserve@bayardlaw.com
*Attorneys for Defendant*
*Sakar International Inc. d/b/a Digital Concepts*
*and VuPoint Solutions, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
DFolt@duanemorris.com
MNeiderman@duanemorris.com
amczachorowski@duanemorris.com
*Attorneys for Defendant*
*Aiptek, Inc.*

Candice Toll Aaron, Esquire
Saul Ewin LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
caaron@saul.com
*Attorneys for Defendants*
*Ritz Camera Centers, Inc. and Ritz Interactive,*
*Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY   10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA   92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

Theodore Maccarella
Sherry H. Flax
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD   21202-3171
tmaccarella@saul.com
sflax@saul.com
*Attorneys for Defendant Ritz Interactive Inc.
and Ritz Camera Centers Inc.*

Ezra Sutton
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, NJ   07095
esutton@ezrasutton.com
*Attorneys for Defendant
Sakar International Inc., d/b/a Digital Concepts*

Scott R. Brown
Jennifer C. Bailey
Hovey Williams LLP
10801 Mastin Blvd., Suite 1000
Overland Park, KS   66210
srb@hoveywilliams.com
jcb@hoveywilliams.com
*Attorneys for Defendant
Bushnell Inc.*

Richard de Bodo
David H. Ben-Meir
Huan-Yi Lin
Hogan & Hartson LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA   90067
rdebodo@hhlaw.com
dhben-Meir@hhlaw.com
hlin@hhlaw.com
*Attorneys for Defendant Aiptek Inc.*

Joseph D. Evans
Jeffrey D. Sanok
Michael H. Jacobs
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC   20004-2595
jdevans@crowell.com
jsanok@crowell.com
mjacobs@crowell.com
*Attorneys for Defendants Leica Camera AG
And Leica Camera Inc.*

Michael D. Bednarek
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC   20005
michaelbednarek@paulhastings.com
*Attorneys for Defendant Tabata USA Inc.
d/b/a Sea & Sea*

Matthew E. Digby
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA   90071
Matthew.digby@bingham.com
*Attorneys for Defendant Tabata USA Inc.,
d/b/a Sea & Sea*

RLF1-3271970-2

David G. Wille
Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallax, TX   75201-2980
david.wille@bakerbotts.com
steve.schortgen@bakerbotts.com
jay.johnson@bakerbotts.com
samir.bhavsar@bakerbotts.com
*Attorneys for Defendant
Wal-Mart Stores, Inc.*

Frank Frisenda
Frisenda Quinton & Nicholson
11601 Wilshire Blvd., Suite 500
Los Angeles, CA   90025
frankfrisenda@aol.com
*Attorneys for Defendant Vupoint Solutions, Inc.*

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN   55402-3901
Kliebman@faegre.com
JRSteffen@faegre.com
MStump@faegre.com
*Attorneys for Defendant
Target Corp.*

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com