IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, ) | |
| BUSHNELL INC., DXG TECHNOLOGY ) | C.A. No. 08-139-GMS |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., ) | |
| GENERAL ELECTRIC CO., ) | |
| INTERNATIONAL NORCENT TECH., ) | |
| LEICA CAMERA AG, LEICA CAMERA ) | **JURY TRIAL DEMANDED** |
| INC., MINOX GMBH, MINOX USA, INC., ) | |
| MUSTEK, INC. USA, MUSTEK, INC., ) | |
| OREGON SCIENTIFIC, INC., POLAROID ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ ) | |
| CAMERA CENTERS, INC., SAKAR ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST ) | |
| CORP., VUPOINT SOLUTIONS, INC., ) | |
| WALGREEN CO., and WAL-MART STORES ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## RITZ INTERACTIVE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ritz Interactive, Inc. certifies that it is a privately held corporation and that no publicly held entity owns more that ten percent (10%) of its stock.

| | |
|---|---|
| Of Counsel:<br>Sherry H. Flax<br>Saul Ewing LLP<br>500 E. Pratt St.<br>Baltimore, MD  21202<br>(410) 332-8784<br><br>Theodore Naccarella<br>Stephen Driscoll<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street – 38th Floor<br>Philadelphia, PA  19102<br>(215) 972-7777<br><br>Date:  May 5, 2008 | *[signature]*<br>_____<br>Candice Toll Aaron (DE Bar No. 4465)<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899<br>(302) 421-6800<br><br>*Attorneys for Defendant/Counterclaimant Ritz Interactive, Inc.* |