IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.,  )<br>  )<br>         Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>AIPTEK, INC., ARGUS CAMERA CO., LLC,  )<br>BUSHNELL INC., DXG TECHNOLOGY  )<br>(U.S.A.) INC., DXG TECHNOLOGY CORP.,  )<br>GENERAL ELECTRIC CO.,  )<br>LEICA CAMERA AG, LEICA CAMERA  )<br>INC., MINOX GMBH, MINOX USA, INC.,  )<br>MUSTEK, INC. USA, MUSTEK, INC.,  )<br>OREGON SCIENTIFIC, INC., POLAROID  )<br>CORP., RITZ INTERACTIVE, INC., RITZ  )<br>CAMERA CENTERS, INC., SAKAR  )<br>INTERNATIONAL, INC., D/B/A DIGITAL  )<br>CONCEPTS, TABATA U.S.A., INC., D/B/A  )<br>SEA & SEA, TARGET CORP., VISTAQUEST  )<br>CORP., VUPOINT SOLUTIONS, INC.,  )<br>WALGREEN CO., and WAL-MART STORES,  )<br>INC.,  )<br>  )<br>         Defendants.  )<br>_____) | C.A. No. 08-139-GMS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Flashpoint Technology, Inc. ("FlashPoint") and defendant Oregon Scientific, Inc.("Oregon Scientific"), and subject to the approval of the Court, that the time by which Oregon Scientific shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including May 30, 2008.  FlashPoint and Oregon Scientific have agreed to the stipulation in order to give Oregon Scientific sufficient time to engage its counsel in connection with this matter and to allow the parties to engage in discussions concerning the allegations of the complaint.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Evan O. Williford*<br>David J. Margules (Bar No. 2254)<br>Evan O. Williford (Bar No. 4162)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3508<br>Facsimile: (302) 573-3501<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for Plaintiff Flashpoint Technology, Inc.* | */s/ Kevin F. Brady*<br>Paul E. Crawford (Bar No. 493)<br>Kevin F. Brady (Bar No. 2248)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>pcrawford@cblh.com<br>kbrady@cblh.com<br>*Attorneys for Defendant Oregon Scientific, Inc.* |

Dated: May 8, 2008

**SO ORDERED** this _____ day of May, 2008

_____
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 8, 2008, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                              */s/ Kevin F. Brady*
                                              Kevin F. Brady (#2248)