# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00139(GMS) |
| ) | |
| AIPTEK, INC., et al., ) | Honorable Gregory M. Sleet |
| ) | |
| ) | |
| Defendants, ) | JURY TRIAL DEMANDED |
| ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Huan-Yi Lin of Hogan & Hartson LLP to represent Defendant Aiptek, Inc. in this

matter.

DATED: May 12, 2008

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Daniel V. Folt (Del. Bar No. 3143)
Matt Neiderman (Del. Bar No. 4018)
Aimee Czachorowski (Del. Bar No.4670)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900 *phone*
302.657.4901 *fax*

Of Counsel:
Hogan & Hartson LLP
Richard de Bodo, Esq.
David H. Ben-Meir, Esq.
Huan-Yi Lin, Esq.
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Email: hlin@hhlaw.com
Tel:    (310) 785-4600
Fax:    (310) 785-4601


*Attorneys for Aiptek, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

DATE: _____May 6, 2008_____        Signed: _____

Huan-Yi Lin
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
310-785-4649
hlin@hhlaw.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____

United States District Judge

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on May 12, 2008, caused to be electronically filed

a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which

will also send notification of such filing to the following local counsel for defendants:


Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, Delaware 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington Delaware 19801

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, Delaware 19801

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, Delaware 19801

David J. Margules
Evan O. Williford
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801


Collins J. Seitz, Jr.
Connolly, Bove, Lodge & Hutz
1007 North orange Street
Wilmington, Delaware 19899

I further certify that on May 12, 2008, I caused a copy of the foregoing document to be

served on the following defendants by U.S. First Class Mail:

Argus Camera Company LLC
1610 Colonial Parkway
Inverness, IL 60067

DXG Technology (U.S.A.) Inc.
1001 Lawson Street
City of Industry, CA 91748

Minox USA, Inc.
438 Willow Brook Road
Plainfield, NH 03781

Oregon Scientific, Inc.
19861 Southwest 95th Avenue
Tualatin, OR 97062

VistaQuest Corporation
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

                                        /s/ Matt Neiderman
                                        Matt Neiderman (Del. I.D. 4018)