**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AIPTEK, INC., ARGUS CAMERA CO., LLC, § <br> BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § <br> INC., DXG TECHNOLOGY CORP., GENERAL § <br> ELECTRIC CO., LEICA CAMERA AG, LEICA § <br> CAMERA INC., MINOX GMBH, MINOX USA, INC., § <br> MUSTEK, INC. USA, MUSTEK, INC., OREGON § <br> SCIENTIFIC, INC., POLAROID CORP., RITZ § <br> INTERACTIVE, INC., RITZ CAMERA CENTERS, § <br> INC., SAKAR INTERNATIONAL, INC., D/B/A § <br> DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § <br> SEA & SEA, TARGET CORP., VISTAQUEST CORP., § <br> VUPOINT SOLUTIONS, INC., WALGREEN CO., and § <br> WAL-MART STORES, INC., § <br> § <br> Defendants § <br> § | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO AIPTEK INC.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Aiptek, Inc.'s ("Aiptek") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. Admitted.

3. Admitted.

4. Admitted that FlashPoint does not presently manufacture or sell any consumer products but averred that it has done so. Otherwise, denied.

**PATENTS-IN-SUIT**

5. Admitted that FlashPoint is the legal owner of the patents-in-suit.

{BMF-W0095381.}

## JURISDICTION AND VENUE

6. Admitted that this Counterclaim purports to arise under the Declaratory Judgment Act and the patent laws of the United States, but otherwise denied.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted that an actual and justiciable controversy exists between Aiptek and FlashPoint relating to the validity of one or more of the patents-in-suit and the infringement of one or more claims of the patents-in-suit, but otherwise denied.

## COUNTERCLAIMS

11. FlashPoint incorporates the replies set forth in Paragraphs 1-10 above as if fully set forth herein.

12. Denied.

13. Denied.

14. Admitted that an actual and justiciable controversy exists between Aiptek and FlashPoint relating to the validity of the patents-in-suit and the infringement of one or more claims of the patents-in-suit, but otherwise denied.

15. Denied that this case against Aiptek is an exceptional case pursuant to 35 U.S.C. §285, and denied Aiptek is entitled to an award of attorneys' fees.

16. No response to Paragraph 16 is required.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Aiptek as follows:

A. That Aiptek takes nothing by its Counterclaims;

B.  That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C.  Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

|  |  |
|---|---|
|  | /s/ Evan O. Williford |
| Patrick J. Coughlin | David J. Margules (I.D. No. 2254) |
| Michael J. Dowd | Evan O. Williford (I.D. No. 4162) |
| Ray Arun Mandlekar | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| COUGHLIN STOIA GELLER | 222 Delaware Avenue, Suite 1400 |
| RUDMAN & ROBBINS LLP | Wilmington, DE 19801 |
| 655 West Broadway, Suite 1900 | Telephone: (302) 573-3500 |
| San Diego, CA 92101 | dmargules@bmf-law.com |
| (619) 231-1058 | ewilliford@bmf-law.com |
|  | *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  May 20, 2008

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Aiptek, Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendants Polaroid Corporation*

| | |
|---|---|
| Paul E. Crawford, Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Oregon Scientific, Inc.* | Richard D. Kirk, Esquire<br>Bayard<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |
| Francis DiGiovanni, Esquire<br>Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>302-658-9141<br>*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.* | |

I further certify that on May 20, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 | Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0095381.}