## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |
| | § | |

## PLAINTIFF'S REPLY TO BUSHNELL, INC.'S COUNTERCLAIMS

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each

paragraph of Bushnell, Inc.'s ("Bushnell") Counterclaims as follows:

### PARTIES

1.      Upon information and belief, admitted.

2.      Admitted.

### JURISDICTION AND VENUE

3.      Admitted this action purports to be a Declaratory Judgment Action under

28 U.S.C. §§2201 and 2202, but otherwise denied.

4.      Admitted.

5.      Admitted.

{BMF-W0095376.}

## COUNT I

6.    FlashPoint incorporates the replies set forth in Paragraphs 1-5 above as if fully set forth herein.

7.    Admitted.

8.    Admitted that Bushnell infringes one or more claims of the patents-in-suit, but otherwise denied.

9.    Admitted.

10.    Denied.

11.    Denied.

12.    Denied.

13.    Admitted that Bushnell seeks a declaration that the patents-in-suit are invalid, void, and not infringed by Bushnell, but otherwise denied.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Bushnell as follows:

A.    That Bushnell takes nothing by its Counterclaims;

B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

{BMF-W0095376.}

- 3 -

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  May 20, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for Plaintiff Flashpoint Technology, Inc.*

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Bushnell Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendants Polaroid Corporation*

{BMF-W0095376.}

Paul E. Crawford, Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendant Oregon Scientific, Inc.*

Richard D. Kirk, Esquire
Bayard
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.*

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

        I further certify that on May 20, 2008, I caused a copy of the foregoing document

to be served on the following defendants by First Class Mail:

Argus Camera Company LLC
1610 Colonial Parkway
Inverness, IL 60067

VistaQuest Corporation
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA 91367

Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

                          /s/ Evan O. Williford
                          David J. Margules (I.D. No. 2254)
                          Evan O. Williford (I.D. No. 4162)
                          BOUCHARD MARGULES & FRIEDLANDER, P.A.
                          222 Delaware Avenue, Suite 1400
                          Wilmington, DE 19801
                          Telephone: (302) 573-3500
                          dmargules@bmf-law.com
                          ewilliford@bmf-law.com
                           *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0095376.}