**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-139-GMS |
| | § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § | |
| INC., DXG TECHNOLOGY CORP., GENERAL | § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| Defendants | § | |
| | § | |

**PLAINTIFF'S REPLY TO POLAROID CORP.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Polaroid Corp.'s ("Polaroid") Counterclaims as follows:

**COUNTERCLAIMS FOR DECLARATORY JUDGMENT**

1.   Admitted that these Counterclaims purport to be declarations of non-infringement, invalidity, and unenforceability of one or more claims of the patents-in-suit, but otherwise denied.

2.   Upon information and belief, admitted.

3.   Admitted.

4.   Admitted.

5.   Admitted.

{BMF-W0095378.}

6. Admitted.

## COUNT I: NON-INFRINGEMENT, INVALIDITY AND UNENFORCEABILITY OF THE '480 PATENT

7. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

8. Denied.

9. Denied.

## COUNT II: NON-INFRINGEMENT, INVALIDITY AND UNENFORCEABILITY OF THE '956 PATENT

10. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

11. Denied.

12. Denied.

## COUNT III: NON-INFRINGEMENT, INVALIDITY AND UNENFORCEABILITY OF THE '538 PATENT

13. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

14. Denied.

15. Denied.

## COUNT IV: NON-INFRINGEMENT, INVALIDITY AND UNENFORCEABILITY OF THE '190 PATENT

16. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

17. Denied.

18. Denied.

### COUNT V: NON-INFRINGEMENT, INVALIDITY
### AND UNENFORCEABILITY OF THE '316 PATENT

19. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

20. Denied.

21. Denied.

### COUNT VI: NON-INFRINGEMENT, INVALIDITY
### AND UNENFORCEABILITY OF THE '914 PATENT

22. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

23. Denied.

24. Denied.

### COUNT VII: NON-INFRINGEMENT, INVALIDITY
### AND UNENFORCEABILITY OF THE '575 PATENT

25. FlashPoint incorporates the replies set forth in Paragraphs 1-6 above as if fully set forth herein.

26. Denied.

27. Denied.

### PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Polaroid as follows:

A. That Polaroid takes nothing by its Counterclaims;

B. That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

{BMF-W0095378.}

- 3 -

    C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

| | /s/ Evan O. Williford |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: May 20, 2008 | David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Polaroid Corp.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and* | Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts* |
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19899<br>*Attorneys for Defendant General Electric Company* | Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Wal-Mart Stores, and Target Corp.* | Candice Toll Aaron, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.* |
| Daniel V. Folt, Esquire<br>Matthew Neiderman, Esquire<br>Aimee M. Czachorowski, Esquire<br>Duane Morris<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aiptek, Inc.* | Collins J. Seitz, Jr., Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Polaroid Corporation* |

| | |
|---|---|
| Paul E. Crawford, Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Oregon Scientific, Inc.* | Richard D. Kirk, Esquire<br>Bayard<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

I further certify that on May 20, 2008, I caused a copy of the foregoing document

to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 | Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 |

                                         /s/ Evan O. Williford
                                         David J. Margules (I.D. No. 2254)
                                         Evan O. Williford (I.D. No. 4162)
                                         BOUCHARD MARGULES & FRIEDLANDER, P.A.
                                         222 Delaware Avenue, Suite 1400
                                         Wilmington, DE 19801
                                         Telephone:  (302) 573-3500
                                         dmargules@bmf-law.com
                                         ewilliford@bmf-law.com
                                           *Attorneys for plaintiff Flashpoint Technology, Inc.*