IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § § | C.A. No. 08-139-GMS  **JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO TABATA U.S.A., INC.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Tabata U.S.A., Inc.'s ("Tabata") Counterclaims as follows:

**THE PARTIES**

1.  Upon information and belief, admitted.

2.  Admitted.

**JURISDICTION AND VENUE**

3.  Admitted that this action purports to arise under the Patent Laws of the United States, 35 U.S.C. §100 *et seq.*, and the Declaratory Judgments Act, 28 U.S.C. §§2201 and 2202, based on an actual justiciable controversy between FlashPoint and

{BMF-W0095374.}

Tabata regarding the infringement of one or more claims of the patents-in-suit, and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331, 1338(a), 2201 and 2202, but otherwise denied.

4. Admitted.

**FIRST COUNTERCLAIM: NON-INFRINGEMENT OF THE '480 PATENT**

5. FlashPoint incorporates the replies set forth in Paragraphs 1-4 above as if fully set forth herein.

6. Denied.

7. Admitted that Tabata seeks a declaration from this Court that Tabata does not infringe any valid, asserted claim of the '480 patent, but otherwise denied.

**SECOND COUNTERCLAIM: NON-INFRINGEMENT OF THE '956 PATENT**

8. FlashPoint incorporates the replies set forth in Paragraphs 1-7 above as if fully set forth herein.

9. Denied.

10. Admitted that Tabata seeks a declaration from this Court that Tabata does not infringe any valid, asserted claim of the '956 patent, but otherwise denied.

**THIRD COUNTERCLAIM: NON-INFRINGEMENT OF THE '538 PATENT**

11. FlashPoint incorporates the replies set forth in Paragraphs 1-10 above as if fully set forth herein.

12. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Tabata infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '538 patent.

13. FlashPoint does not presently assert that any claim of the '538 patent is infringed by Tabata.

**FOURTH COUNTERCLAIM: NON-INFRINGEMENT OF THE '190 PATENT**

14. FlashPoint incorporates the replies set forth in Paragraphs 1-13 above as if fully set forth herein.

15. Denied.

16. Admitted that Tabata seeks a declaration from this Court that Tabata does not infringe any valid, asserted claim of the '190 patent, but otherwise denied.

**FIFTH COUNTERCLAIM: NON-INFRINGEMENT OF THE '316 PATENT**

17. FlashPoint incorporates the replies set forth in Paragraphs 1-16 above as if fully set forth herein.

18. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Tabata infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '316 patent.

19. FlashPoint does not presently assert that any claim of the '316 patent is infringed by Tabata.

**SIXTH COUNTERCLAIM: NON-INFRINGEMENT OF THE '914 PATENT**

20. FlashPoint incorporates the replies set forth in Paragraphs 1-19 above as if fully set forth herein.

21. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Tabata infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '914 patent.

22. FlashPoint does not presently assert that any claim of the '914 patent is infringed by Tabata.

**SEVENTH COUNTERCLAIM: NON-INFRINGEMENT OF THE '575 PATENT**

23. FlashPoint incorporates the replies set forth in Paragraphs 1-22 above as if fully set forth herein.

24. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Tabata infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '575 patent.

25. FlashPoint does not presently assert that any claim of the '575 patent is infringed by Tabata.

**DEMAND FOR JURY TRIAL**

26. No response to Paragraph 26 is required.

**PRAYER FOR RELIEF**

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Tabata as follows:

A. That Tabata takes nothing by its Counterclaims;

B. That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C. Any and all further relief for Plaintiff as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  May 20, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for Plaintiff Flashpoint Technology, Inc.*

{BMF-W0095374.}

- 5 -

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Tabata U.S.A., Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

| | |
|---|---|
| Daniel V. Folt, Esquire<br>Matthew Neiderman, Esquire<br>Aimee M. Czachorowski, Esquire<br>Duane Morris<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aiptek, Inc.* | Collins J. Seitz, Jr., Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Polaroid Corporation* |
| Paul E. Crawford, Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Oregon Scientific, Inc.* | Richard D. Kirk, Esquire<br>Bayard<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

    I further certify that on May 20, 2008, I caused a copy of the foregoing document

to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Walgreen Co.<br>200 Wilmot Road<br>Deerfield, IL 60015 | Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 |

                              /s/ Evan O. Williford
                              David J. Margules (I.D. No. 2254)
                              Evan O. Williford (I.D. No. 4162)
                              BOUCHARD MARGULES & FRIEDLANDER, P.A.
                              222 Delaware Avenue, Suite 1400
                              Wilmington, DE 19801
                              Telephone:  (302) 573-3500
                              ewilliford@bmf-law.com
                              *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0095374.}