# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.,  )<br>  )<br>           Plaintiff,  )<br>  )<br>    v.   )   Civil No. 08-cv-00139-GMS<br>  )<br>AIPTEK, INC., *et al.,*  )<br>  )<br>           Defendants.  ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Scott R. Brown and Jennifer C. Bailey of the law firm of Hovey Williams LLP to represent Bushnell Inc. in this matter.

Dated: May 22, 2008

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302-888-6800
rherrmann@morrisjames.com

*ATTORNEYS FOR BUSHNELL INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____

_____
**United States District Court Judge**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Kansas, Missouri, and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: April 28, 2008        Signed: _____
                            Scott R. Brown, Esq.
                            Hovey Williams LLP
                            10801 Mastin Boulevard, Suite 1000
                            84 Corporate Woods
                            Overland Park, KS 66210
                            (913) 647-9050

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee, Missouri, and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: April 28, 2008

Signed: *Jennifer C. Bailey*
Jennifer C. Bailey, Esq.
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, KS 66210
(913) 647-9050