IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-139-GMS |
| Defendants. | ) ) | |

**RULE 7.1 STATEMENT OF
DXG TECHNOLOGY (U.S.A.) INC. AND DXG TECHNOLOGY CORP.**

DXG Technology (U.S.A.) Inc. and DXG Technology Corp., by and through their undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

1. As for DXG Technology (U.S.A.) Inc.:

    (a) *The identity of any parent corporation*: DXG Technology Corp.

    (b) *The identity of any publicly held corporation that owns 10% or more of its stock*: Not applicable.

2.  As for DXG Technology Corp.:

    (c)  *The identity of any parent corporation*:  Not applicable.

    (d)  *The identity of any publicly held corporation that owns 10% or more of its stock*:  Not applicable.

Dated:  May 23, 2008

_____
Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for DXG Technology (U.S.A.) Inc.
and DXG Technology Corp.*

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on the 23rd day of May, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on this date, the attached document was Electronically Mailed to the following person(s):

David J. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19899
dmargules@BMF-law.com
ewilliford@BMF-law.com
*Attorneys for Plaintiff FlashPoint
Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint
Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh A. Mandlekar
James R. Hail
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
jimh@csgrr.com
*Attorneys for Plaintiff FlashPoint
Technology, Inc.*

Daniel V. Folt
Matt Neiderman
Aimee M. Czachorowski
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801
dfolt@duanemorris.com
mneiderman@duanemorris.com
amczachorowski@duanemorris.com
*Attorneys for Defendant Aiptek Inc.*

Richard de Bodo
David H. Ben-Meir
Huan-Yi Lin
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
redebodo@hhlaw.com
dhben-meir@hhlaw.com
hlin@hhlaw.com
*Attorney for Defendant Aiptek Inc.*

Richard K. Herman, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
*Attorney for Defendant Bushnell Inc.*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendants*
*Leica Camera AG and Leica Camera Inc.*

Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
gaza@rlf.com
*Attorney for Defendants*
*Mustek Inc. USA and Mustek Inc.*

Scott R. Brown
Jennifer C. Bailey
HOVEY WILLIAMS LLP
10801 Mastin Blvd., Suite 1000
84 Corporate Woods
Overland Park, KS 66210
srb@hoveywilliams.com
jcb@hoveywilliams.com
*Attorneys for Defendant Bushnell Inc.*

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
*Attorney for Defendant General Electric Co.*

Joseph D. Evans
Jeffrey D. Sanok
Michael H. Jacobs
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2529
jdevans@crowell.com
jsanok@crowell.com
mjacobs@crowell.com
*Attorneys for Defendants*
*Leica Camera AG and Leica Camera Inc.*

Irfan A. Lateef
Marko R. Zoretic
KNOBBE MARTENS
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
2ial@kmob.com
2mrz@kmob.com
*Attorney for Defendants*
*Mustek Inc. USA and Mustek Inc.*

Kevin F. Brady
CONNOLLY BOVE LODGE
& HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
kbrady@cblh.com
*Attorney for Defendant Oregon Scientific Inc.*

Candace Toll Aaron
SAUL EWING LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
caaron@saul.com
*Attorney for Defendants Ritz Interactive Inc.
and Ritz Camera Centers Inc.*

Richard D. Kirk
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
*Attorney for Defendants Sakar International
Inc. doing business as Digital Concepts and
VuPoint Solutions, Inc.*

Frank Frisenda, Jr.
FRISENDA QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
frankfrisenda@aol.com
*Attorney for Defendant
VuPoint Solutions, Inc.*

Collins J. Seitz, Jr.
Kevin F. Brady
CONNOLLY BOVE LODGE
& HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Defendant
Polaroid Corporation*

Theodore Naccarella
Sherry H. Flax
SAUL EWING LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21201-3171
tnaccarella@saul.com
sflax@saul.com
*Attorneys for Defendant Ritz Interactive Inc.
and Ritz Camera Centers, Inc.*

Ezra Sutton
EZRA SUTTON, P.A.
Plaza 9, 900 Route 9
Woodbridge, NJ 07095
esutton@ezrasutton.com
*Attorney for Defendants Sakar International
Inc. doing business as Digital Concepts and
VuPoint Solutions, Inc.*

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Tabata USA Inc.
doing business as Sea & Sea*

<div style="display: flex;">
<div>

Matthew E. Digby
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
matthew.digby@bingham.com
*Attorney for Defendant Tabata USA Inc.*
*doing business as Sea & Sea*


Richard L. Horowitz
David E. Moore
Mark A. Morton
POTTER ANDERSON & CORROON, LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant Target Corp.*


David G. Wille
Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavasr
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201-2980
david.wille@bakerbotts.com
steve.schortgen@bakerbotts.com
jay.johnson@bakerbotts.com
samir.bhavasar@bakerbotts.com
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

</div>
<div>

Michael D. Bednarek
PAUL HASTINGS JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
michaelbednarek@paulhastings.com
*Attorneys for Defendant Tabata USA Inc.*
*doing business as Sea & Sea*


Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
kliebman@faegre.com
jrsteffen@faegre.com
mstump@faegre.com
*Attorneys for Defendant Target Corp.*




_____
Francis DiGiovanni

</div>
</div>

611335_1