IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-139-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AIPTEK, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendant Walgreen Co.

PLEASE ALSO ENTER THE APPEARANCE of Kenneth A. Liebman, James R. Steffen, and Matthew A. Stump of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 as lead trial counsel on behalf of defendant Walgreen Co.

Messrs. Liebman, Steffen, and Stump already have been admitted *pro hac vice* in this litigation as counsel for Defendant Target Corp.

OF COUNSEL:

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-8800

Dated: May 23, 2008
866126 / 33090

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Walgreen Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 23, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
James R. Hail
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
jimh@csgrr.com
*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff
FlashPoint Technology, Inc.*

Daniel V. Folt
Matt Neiderman
Aimee M. Czachorowski
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
DFolt@duanemorris.com
MNeiderman@duanemorris.com
amczachorowski@duanemorris.com
*Attorneys for Defendant Aiptek Inc.*

Richard de Bodo
David H. Ben-Meir
Huan-Yi Lin
HOGAN & HARTSON LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
rdebodo@hhlaw.com
dhben-meir@hhlaw.com
hlin@hhlaw.com
*Attorneys for Defendant Aiptek Inc.*

Scott R. Brown
Jennifer C. Bailey
HOVEY WILLIAMS LLP
10801 Mastin Blvd, Suite 1000
Overland Park, KS 66210
srb@hoveywilliams.com
jcb@hoveywilliams.com
*Attorneys for Defendant Bushnell Inc.*

Steven J. Balick
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
*Attorneys for Defendant
General Electric Co.*

Joseph D. Evans
Jeffrey D. Sanok
Michael H. Jacobs
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
jdevans@crowell.com
jsanok@crowell.com
mjacobs@crowell.com
*Attorneys for Defendants Leica Camera AG
and Leica Camera Inc.*

Richard K. Herrmann
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
*Attorneys for Defendant Bushnell Inc.*

Francis DiGiovanni
Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
fdigiovanni@cblh.com
cstover@cblh.com
*Attorneys for DXG Technology USA Inc. and
DXG Technology Corp.*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendants Leica Camera AG
and Leica Camera Inc.*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant Mustek Inc. USA*

Joseph R. Re
Irfan A. Lateef
Marko R. Zoretic
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
ilateef@kmob.com
2ial@kmob.com
mzoretic@kmob.com
*Attorneys for Defendant Mustek Inc. USA*

Eric J. Ward
Heidi S. Martinez
WARD NORRIS HELLER & REIDY LLP
300 State Street
Rochester, NY 14614
ejw@wnhr.com
hsm@wnhr.com
*Attorneys for Defendant Polaroid Corp.*

Theodore Maccarella
Sherry H. Flax
SAUL EWING LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171
tnaccarella@saul.com
sflax@saul.com
*Attorneys for Defendant Ritz Interactive Inc.
and Ritz Camera Centers Inc.*

Ezra Sutton
EZRA SUTTON, P.A.
Plaza 9, 900 Route 9
Woodbridge, NJ 07095
esutton@ezrasutton.com
*Attorneys for Defendant Sakar International
Inc. doing business as Digital Concepts*

Collins J. Seitz, Jr.
Kevin F. Brady
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com
kbrady@cblh.com
*Attorneys for Defendant Polaroid Corp.*

Candice Toll Aaron
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
caaron@saul.com
*Attorneys for Defendant Ritz Interactive Inc.
and Ritz Camera Centers Inc.*

Richard D. Kirk
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
*Attorneys for Defendant Sakar International
Inc. doing business as Digital Concepts*

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Tabata USA Inc.
doing business as Sea & Sea*

Matthew E. Digby
BINGHAM MCCUTCHEN LLP
355 South Grand Ave., Suite 4400
Los Angeles, CA 90071
matthew.digby@bingham.com
*Attorneys for Defendant Tabata USA Inc.
doing business as Sea & Sea*

Michael D. Bednarek
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
michaelbednarek@paulhastings.com
*Attorneys for Defendant Tabata USA Inc.
doing business as Sea & Sea*

Richard D. Kirk
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
*Attorneys for Defendant
Vupoint Solutions, Inc.*

Frank Frisenda
FRISENDA QUINTON & NICHOLSON
11601 Wilshire Blvd., Ste 500
Los Angeles, CA 90025
frankfrisenda@aol.com
*Attorneys for Defendant
Vupoint Solutions, Inc.*

David G. Wille
Steven G. Schortgen
Jay B. Johnson
Samir A. Bhavsar
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
david.wille@bakerbotts.com
steve.schortgen@bakerbotts.com
jay.johnson@bakerbotts.com
samir.bhavsar@bakerbotts.com
*Attorneys for Defendant
Wal-Mart Stores, Inc.*

Kenneth A. Liebman
James R. Steffen
Matthew A. Stump
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Kliebman@faegre.com
JRSteffen@faegre.com
MStump@faegre.com
*Attorneys for Defendant Target Corp.*

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857485 / 32907 / 32924