IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-139-GMS |
| ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, ) | |
| BUSHNELL INC., ) | |
| DXG TECHNOLOGY (U.S.A.) INC., ) | |
| DXG TECHNOLOGY CORP., ) | |
| GENERAL ELECTRIC CO., ) | |
| LEICA CAMERA AG, LEICA CAMERA INC., ) | |
| MINOX GMBH, MINOX USA, INC., ) | |
| MUSTEK, INC. USA, MUSTEK, INC., ) | |
| OREGON SCIENTIFIC, INC., POLAROID ) | |
| CORP., RITZ INTERACTIVE, INC., ) | |
| RITZ CAMERA CENTERS, INC., SAKAR ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL ) | |
| CONCEPTS, TABATA U.S.A., INC., ) | |
| D/B/A SEA & SEA, TARGET CORP., ) | |
| VISTAQUEST CORP., VUPOINT ) | |
| SOLUTIONS, INC., WALGREEN CO., and ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant General Electric Co. ("General Electric") must answer, move, or otherwise respond to the complaint in the above action is extended through and including June 30, 2008.

The reason for this request is that plaintiff and General Electric have reached an agreement in principle to settle their disputes, and they anticipate being in a position to finalize

{00220274;v1}

the necessary paperwork and file a stipulation of dismissal by June 30, 2008. It is acknowledged that there already has been one prior extension of this deadline for this purpose, and that the process of preparing a written agreement is taking longer than expected. However, no problems have arisen that have called the prospects for finalizing a written agreement into question, and with this additional time, it still is expected that a written agreement will be executed and a stipulation of dismissal will be filed.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ David Margules* | */s/ Steven J. Balick* |
| David Margules (I.D. #2254)<br>Evan O. Williford (I.D. #4162)<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>302-573-3500<br>dmargules@bmf-law.com<br><br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys for Defendant*<br>*General Electric Co.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge

2