IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br>      Plaintiff, <br><br>    v. <br><br>AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., <br><br>      Defendants. | C.A. No. 08-139-GMS <br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Flashpoint Technology, Inc. ("FlashPoint") and defendant Oregon Scientific, Inc.("Oregon Scientific"), and subject to the approval of the Court, that the time by which Oregon Scientific shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including June 3, 2008. FlashPoint and Oregon Scientific have agreed to the stipulation in order to allow additional time for the parties to engage in further discussions concerning the allegations of the complaint.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Evan O. Willford | /s/ Kevin F. Brady |
| David J. Margules (Bar No. 2254) | Paul E. Crawford (Bar No. 493) |
| Evan O. Williford (Bar No. 4162) | Kevin F. Brady (Bar No. 2248) |
| 222 Delaware Avenue, Suite 1400 | 1007 North Orange Street |
| Wilmington, DE 19801 | P.O. Box 2207 |
| Telephone: (302) 573-3508 | Wilmington, DE 19899 |
| Facsimile: (302) 573-3501 | Telephone: (302) 658-9141 |
| Wilmington, DE 19801 | Facsimile: (302) 658-5614 |
| dmargules@bmf-law.com | pcrawford@cblh.com |
| ewilliford@bmf-law.com | kbrady@cblh.com |
| *Attorneys for Plaintiff Flashpoint Technology, Inc.* | *Attorneys for Defendant Oregon Scientific, Inc.* |

Dated: May 30, 2008

**SO ORDERED** this _____ day of May, 2008

_____
United States District Judge

614279v1