**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AIPTEK, INC., ARGUS CAMERA CO., LLC, § BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § INC., DXG TECHNOLOGY CORP., GENERAL § ELECTRIC CO., LEICA CAMERA AG, LEICA § CAMERA INC., MINOX GMBH, MINOX USA, INC., § MUSTEK, INC. USA, MUSTEK, INC., OREGON § SCIENTIFIC, INC., POLAROID CORP., RITZ § INTERACTIVE, INC., RITZ CAMERA CENTERS, § INC., SAKAR INTERNATIONAL, INC., D/B/A § DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § SEA & SEA, TARGET CORP., VISTAQUEST CORP., § VUPOINT SOLUTIONS, INC., WALGREEN CO., and § WAL-MART STORES, INC., § § Defendants § § | C.A. No. 08-139-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO DXG TECHNOLOGY CORP.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of DXG Technology Corp.'s ("DXG Corp.") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 2 and therefore denies same.

3. Admitted.

4. Admitted that FlashPoint does not presently manufacture or sell any consumer products, but averred that it has previously done so. Otherwise, denied.

## PATENTS-IN-SUIT

5. Admitted that FlashPoint is the legal owner of the patents-in-suit.

## JURISDICTION AND VENUE

6. Admitted that this Counterclaim purports to arise under the Declaratory Judgment Act and the patent laws of the United States, but otherwise denied.

7. Admitted.

8. Admitted.

9. Admitted that venue is proper pursuant to 28 U.S.C. § 1391, but otherwise denied.

10. Admitted that an actual and justiciable controversy exists between DXG Corp. and FlashPoint relating to the validity and infringement of one or more claims of the patents-in-suit, but otherwise denied.

## COUNTERCLAIMS

11. FlashPoint incorporates the replies set forth in Paragraphs 1-10 above as if fully set forth herein.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted that an actual and justiciable controversy exists between DXG Corp. and FlashPoint relating to the validity and infringement of one or more claims of the patents-in-suit, but otherwise denied.

17. Admitted that this case is an exceptional case pursuant to 35 U.S.C. § 285 as against DXG Corp., but otherwise denied.

18. No response to Paragraph 18 is required.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against DXG Corp. as follows:

A. That DXG Corp. takes nothing by its Counterclaims;

B. That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C. Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162) |
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>James R. Hail<br>Nathan R. Lindell<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058 | Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>Attorneys for plaintiff Flashpoint Technology, Inc. |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated: June 3, 2008

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on June 3, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to DXG Technology Corps.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and* | Richard D. Kirk, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19899<br>*Attorneys for Defendant General Electric Company* | Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Wal-Mart Stores, and Target Corp and Walgreen Co.* | Candice Toll Aaron, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.* |
| Daniel V. Folt, Esquire<br>Matthew Neiderman, Esquire<br>Aimee M. Czachorowski, Esquire<br>Duane Morris<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aiptek, Inc.* | Collins J. Seitz, Jr., Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Polaroid Corporation* |

Paul E. Crawford, Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendant Oregon Scientific, Inc.*

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

      I further certify that on June 3, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

                                    /s/ Evan O. Williford
                                    David J. Margules (I.D. No. 2254)
                                    Evan O. Williford (I.D. No. 4162)
                                    BOUCHARD MARGULES & FRIEDLANDER, P.A.
                                    222 Delaware Avenue, Suite 1400
                                    Wilmington, DE 19801
                                    Telephone: (302) 573-3500
                                    dmargules@bmf-law.com
                                    ewilliford@bmf-law.com
                                      *Attorneys for plaintiff Flashpoint Technology, Inc.*