IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 08-139-GMS |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., | § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § | |

**PLAINTIFF'S REPLY TO DXG TECHNOLOGY
(U.S.A.) INC.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of DXG Technology (U.S.A.) Inc.'s ("DXG USA") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 2 and therefore denies same.

3. Admitted.

4. Admitted that FlashPoint does not presently manufacture or sell any consumer products, but averred that it has previously done so. Otherwise, denied.

## PATENTS-IN-SUIT

5. Admitted that FlashPoint is the legal owner of the patents-in-suit.

## JURISDICTION AND VENUE

6. Admitted that this Counterclaim purports to arise under the Declaratory Judgment Act and the patent laws of the United States, but otherwise denied.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted that an actual and justiciable controversy exists between DXG USA and FlashPoint relating to the validity and infringement of one or more claims of the patents-in-suit, but otherwise denied.

## COUNTERCLAIMS

11. FlashPoint incorporates the replies set forth in Paragraphs 1-10 above as if fully set forth herein.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted that an actual and justiciable controversy exists between DXG USA and FlashPoint relating to the validity and infringement of one or more claims of the patents-in-suit, but otherwise denied.

17. Admitted that this case is an exceptional case pursuant to 35 U.S.C. § 285 as against DXG USA, but otherwise denied.

18. No response to Paragraph 18 is required.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against DXG USA as follows:

    A.    That DXG USA takes nothing by its Counterclaims;

    B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

    C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

| OF COUNSEL: | /s/ Evan O. Williford |
|---|---|
| | David J. Margules (I.D. No. 2254) |
| Patrick J. Coughlin | Evan O. Williford (I.D. No. 4162) |
| Michael J. Dowd | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| Ray Arun Mandlekar | 222 Delaware Avenue, Suite 1400 |
| James R. Hail | Wilmington, DE 19801 |
| Nathan R. Lindell | Telephone: (302) 573-3500 |
| COUGHLIN STOIA GELLER | dmargules@bmf-law.com |
| RUDMAN & ROBBINS LLP | ewilliford@bmf-law.com |
| 655 West Broadway, Suite 1900 | *Attorneys for plaintiff Flashpoint Technology, Inc.* |
| San Diego, CA 92101 | |
| (619) 231-1058 | |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated: June 3, 2008

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on June 3, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to DXG Technology (U.S.A.) Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea*

Richard D. Kirk, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE  19899
 *Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
 *Attorneys for Defendants Wal-Mart Stores, and Target Corp and Walgreen Co.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
 *Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendants Polaroid Corporation*

{BMF-W0096502.2}

Paul E. Crawford, Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendant Oregon Scientific, Inc.*

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

   I further certify that on June 3, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |
| Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 | |

        /s/ Evan O. Williford
        David J. Margules (I.D. No. 2254)
        Evan O. Williford (I.D. No. 4162)
        BOUCHARD MARGULES & FRIEDLANDER, P.A.
        222 Delaware Avenue, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 573-3500
        dmargules@bmf-law.com
        ewilliford@bmf-law.com
         *Attorneys for plaintiff Flashpoint Technology, Inc.*