**MINOX USA**

MINOX USA
P. O. Box 123
Meriden, NH 03770
USA

Tel.: +1 603 / 469-3080
Fax: +1 603 / 469-3471

minoxusa@adelphia.net
www.minox.com

June 2, 2008

U.S. District Court of District of Delware
J. Caleb Boggs Federal Bldg
844 North King St
Wilmington, DE  19801

Case No. 08-139

Defendent Minox USA, Inc. herby submits its corporate disclosure statement. Minox USA, Inc. discloese that it is a wholly owned subsidiary of Minox GmbH, Germany.

The attorneys for Plaintiff hve been informed by copy.

*Marcia Clark*

Marcia Clark
Registered Agent