**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., DXG TECHNOLOGY | ) | |
| (U.S.A.) INC., DXG TECHNOLOGY CORP., | ) | C.A. No. 08-139-GMS |
| GENERAL ELECTRIC CO., | ) | |
| INTERNATIONAL NORCENT TECH., | ) | |
| LEICA CAMERA AG, LEICA CAMERA | ) | JURY TRIAL DEMANDED |
| INC., MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., RITZ | ) | |
| CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., D/B/A | ) | |
| SEA & SEA, TARGET CORP., VISTAQUEST | ) | |
| CORP., VUPOINT SOLUTIONS, INC., | ) | |
| WALGREEN CO., and WAL-MART STORES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT OREGON SCIENTIFIC, INC.**

Defendant Oregon Scientific, Inc. ("OSI") hereby supplies the following information required by Fed. R. Civ. P. 7.1 through its undersigned counsel:

        a.    *The identity of any parent corporation*:  IDT International Limited, a company incorporated in Bermuda.

b.    *The identity of any publicly held corporation that owns 10% or more of its stock*:   IDT International Limited, whose shares are publicly traded on The Stock Exchange of Hong Kong Limited.


CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Kevin F. Brady*
Paul E. Crawford (Bar No. 493)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
pcrawford@cblh.com
kbrady@cblh.com

*Attorneys for Defendant*
*Oregon Scientific, Inc.*

Dated:  June 13, 2008

614469_1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on June 13, 2008, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.


/s/ *Kevin F. Brady*
Kevin F. Brady (#2248)