**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § C.A. No. 08-139-GMS |
| | § |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | § **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) | § |
| INC., DXG TECHNOLOGY CORP., GENERAL | § |
| ELECTRIC CO., LEICA CAMERA AG, LEICA | § |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., | § |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON | § |
| SCIENTIFIC, INC., POLAROID CORP., RITZ | § |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, | § |
| INC., SAKAR INTERNATIONAL, INC., D/B/A | § |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A | § |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., | § |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and | § |
| WAL-MART STORES, INC., | § |
| | § |
| Defendants | § |
| | § |

**PLAINTIFF'S REPLY TO WALGREEN CO.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Walgreen Co.'s ("Walgreens") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted that the counterclaims purport to include claims for declaratory judgment of patent non-infringement and patent invalidity, and that jurisdiction is proper under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*, concerning actions related to patents, and under 28 U.S.C. §§ 1331, 1332, and 1338, but otherwise denied.

    4.    Admitted.

    5.    Admitted.

**COUNT ONE: DECLARATORY RELIEF REGARDING NON-INFRINGEMENT**

    6.    Admitted that an actual and justiciable controversy exists between Walgreens and FlashPoint relating to the infringement of one or more claims of the patents-in-suit, but otherwise denied.

    7.    Denied.

    8.    Denied.

**COUNT TWO: DECLARATORY RELIEF REGARDING INVALIDITY**

    9.    Admitted.

    10.    Denied.

    11.    Denied.

**PRAYER FOR RELIEF**

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Walgreens as follows:

    A.    That Walgreens takes nothing by its Counterclaims;

    B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

    C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

|  |  |
|---|---|
| | /s/ Evan O. Williford |
| Patrick J. Coughlin | David J. Margules (I.D. No. 2254) |
| Michael J. Dowd | Evan O. Williford (I.D. No. 4162) |
| Ray Arun Mandlekar | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| James R. Hail | 222 Delaware Avenue, Suite 1400 |
| Nathan R. Lindell | Wilmington, DE 19801 |
| COUGHLIN STOIA GELLER | Telephone:  (302) 573-3500 |
| RUDMAN & ROBBINS LLP | dmargules@bmf-law.com |
| 655 West Broadway, Suite 1900 | ewilliford@bmf-law.com |
| San Diego, CA 92101 | *Attorneys for Plaintiff Flashpoint Technology, Inc.* |
| (619) 231-1058 | |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  June 19, 2008

- 3 -

## **CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on June 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Walgreen Co.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp and Walgreen Co.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendants Polaroid Corporation*

| | |
|---|---|
| Paul E. Crawford, Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Oregon Scientific, Inc.* | Richard D. Kirk, Esquire<br>Bayard<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |

Francis DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141
*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.*

  I further certify that on June 19, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | VistaQuest Corporation<br>6303 Owensmouth Avenue<br>10th Floor<br>Woodland Hills, CA 91367 |

Minox USA Inc.
438 Willow Brook Road
Plainfield, NH 03781

        /s/ Evan O. Williford
        David J. Margules (I.D. No. 2254)
        Evan O. Williford (I.D. No. 4162)
        BOUCHARD MARGULES & FRIEDLANDER, P.A.
        222 Delaware Avenue, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 573-3500
        dmargules@bmf-law.com
        ewilliford@bmf-law.com
         *Attorneys for plaintiff Flashpoint Technology, Inc.*