IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIPTEK, INC., ARGUS CAMERA )<br>CO., LLC, BUSHNELL, INC., DXG )<br>TECHNOLOGY CORP., GENERAL )<br>ELECTRIC CO., LEICA CAMERA )<br>AG, LEICA CAMERA INC., MINOX )<br>GMBH, MINOX USA, INC., )<br>MUSTEK, INC. USA, MUSTEK, INC.,)<br>OREGON SCIENTIFIC, INC., )<br>POLAROID CORP., RITZ )<br>INTERACTIVE, INC., RITZ )<br>CAMERA CENTERS, INC., SAKAR )<br>INTERNATIONAL, INC., D/B/A/ SEA)<br>& SEA, TARGET CORP., )<br>VISTAQUEST CORP., VUPOINT )<br>SOLUTIONS, INC., WALGREEN )<br>CO., and WAL-MART STORES, INC.,)<br>)<br>Defendants. )<br>) | Case No. 08-139-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT VISTAQUEST CORP.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant VistaQuest Corp., by and through its undersigned attorneys, states that no publicly held company has an ownership interest of 10% or more in VistaQuest Corp.

|  |  |
|---|---|
|  | KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP |
| OF COUNSEL: | /s/ David S. Eagle |
|  | David S. Eagle (DE Bar No. 3387) |
| Marc Karish, California Bar No. 205440 | Kelly A. Green (DE Bar No. 4095) |
| A. Eric Bjorgum, California Bar No. 198392 | 919 Market Street, Suite 1000 |
| SHELDON MAK ROSE & ANDERSON | Wilmington, Delaware 19801 |
| 100 Corson Street, Third Floor | Phone (302) 426-1189 |
| Pasadena, CA 91103 | Fax (302) 426-9193 |
| Telephone: (626) 796-4000 | deagle@klehr.com |
| Facsimile: (626) 795-6321 | kgreen@klehr.com |
|  | *Attorneys for Defendant VistaQuest Corp.* |

Dated: June 20, 2008

DEL1 68519-1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

    David J. Margules, Esq.
    Bouchard Margules & Friedlander PA
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801

    /s/ Kelly A. Green
    Kelly A. Green (DE Bar No. 4095)

DEL1 68519-1