# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 08-139-GMS |
| § | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, § | **JURY TRIAL DEMANDED** |
| BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) § | |
| INC., DXG TECHNOLOGY CORP., GENERAL § | |
| ELECTRIC CO., LEICA CAMERA AG, LEICA § | |
| CAMERA INC., MINOX GMBH, MINOX USA, INC., § | |
| MUSTEK, INC. USA, MUSTEK, INC., OREGON § | |
| SCIENTIFIC, INC., POLAROID CORP., RITZ § | |
| INTERACTIVE, INC., RITZ CAMERA CENTERS, § | |
| INC., SAKAR INTERNATIONAL, INC., D/B/A § | |
| DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A § | |
| SEA & SEA, TARGET CORP., VISTAQUEST CORP., § | |
| VUPOINT SOLUTIONS, INC., WALGREEN CO., and § | |
| WAL-MART STORES, INC., § | |
| § | |
| Defendants § | |

## **MOTION TO EXTEND**

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Argus Camera Co., LLC ("Argus") shall answer, move, or otherwise respond to plaintiff's complaint to and including July 31, 2008.  FlashPoint is bringing this motion in order to give Argus time to gather information and to allow the parties to engage in discussions concerning the allegations of the complaint.

.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>James R. Hail<br>Nathan R. Lindell<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: June 30, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on June 30, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion To Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Bushnell, Inc., and Tabata U.S.A., Inc. d/b/a Sea & Sea and*

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*Attorneys for Defendant General Electric Company*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*Attorneys for Defendants Leica Camera AG and Leica Camera, Inc. and Mustek, Inc. USA*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendants Wal-Mart Stores, and Target Corp and Walgreen Co.*

Candice Toll Aaron, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendants Ritz Camera Centers, Inc. and Ritz Interactive, Inc.*

Daniel V. Folt, Esquire
Matthew Neiderman, Esquire
Aimee M. Czachorowski, Esquire
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Aiptek, Inc.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
*Attorneys for Defendants Polaroid Corporation*

| | |
|---|---|
| Paul E. Crawford, Esquire<br>Kevin F. Brady, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Oregon Scientific, Inc.* | Richard D. Kirk, Esquire<br>Bayard<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Defendant Sakar International Inc. d/b/a Digital Concepts and VuPoint Solutions, Inc.* |
| Francis DiGiovanni, Esquire<br>Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801<br>302-658-9141<br>*Attorneys for Defendants DXG Technology [U.S.A.] Inc. and DXG Technology Corp.* | David S. Eagle, Esquire<br>Kelly A. Green, Esquire<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Defendant VistaQuest Corp.* |

I further certify that on June 30, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| Argus Camera Company LLC<br>1610 Colonial Parkway<br>Inverness, IL 60067 | Minox USA Inc.<br>438 Willow Brook Road<br>Plainfield, NH 03781 |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 08-139-GMS |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., | § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the time for defendant Argus Camera Co., LLC to answer, move, or otherwise respond to the complaint is extended to and including July 31, 2008.

Date: _____                _____
                                    Chief Judge Gregory M. Sleet

{BMF-W0099682.}