IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIPTEK, INC., ARGUS CAMERA CO., LLC, BUSHNELL INC., DXG TECHNOLOGY (U.S.A.) INC., DXG TECHNOLOGY CORP., GENERAL ELECTRIC CO., INTERNATIONAL NORCENT TECH., LEICA CAMERA AG, LEICA CAMERA INC., MINOX GMBH, MINOX USA, INC., MUSTEK, INC. USA, MUSTEK, INC., OREGON SCIENTIFIC, INC., POLAROID CORP., RITZ INTERACTIVE, INC., RITZ CAMERA CENTERS, INC., SAKAR INTERNATIONAL, INC., D/B/A DIGITAL CONCEPTS, TABATA U.S.A., INC., D/B/A SEA & SEA, TARGET CORP., VISTAQUEST CORP., VUPOINT SOLUTIONS, INC., WALGREEN CO., and WAL-MART STORES, INC., <br><br> Defendants. | C.A. No. 08-139-GMS <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert A. Van Nest to represent Defendant, Polaroid Corporation, in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin F. Brady
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street, 8th Floor
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 656-0116
cseitz@cblh.com
kbrady@cblh.com

Dated: July 7, 2008

*Attorneys for Defendant,
Polaroid Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____          _____
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AIPTEK, INC., ARGUS CAMERA CO., LLC,  )<br>BUSHNELL INC., DXG TECHNOLOGY  )<br>(U.S.A.) INC., DXG TECHNOLOGY CORP.,  )<br>GENERAL ELECTRIC CO.,  )<br>INTERNATIONAL NORCENT TECH.,  )<br>LEICA CAMERA AG, LEICA CAMERA  )<br>INC., MINOX GMBH, MINOX USA, INC.,  )<br>MUSTEK, INC. USA, MUSTEK, INC.,  )<br>OREGON SCIENTIFIC, INC., POLAROID  )<br>CORP., RITZ INTERACTIVE, INC., RITZ  )<br>CAMERA CENTERS, INC., SAKAR  )<br>INTERNATIONAL, INC., D/B/A DIGITAL  )<br>CONCEPTS, TABATA U.S.A., INC., D/B/A  )<br>SEA & SEA, TARGET CORP., VISTAQUEST  )<br>CORP., VUPOINT SOLUTIONS, INC.,  )<br>WALGREEN CO., and WAL-MART STORES,  )<br>INC.,  )<br>)<br>Defendants.  ) | C.A. No. 08-139-GMS<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 3, 2008

_____
Robert A. Van Nest
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400
rvannest@kvn.com

## CERTIFICATE OF SERVICE

I, Kevin F. Brady, hereby certify that on July 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

/s/ Kevin F. Brady
Kevin F. Brady (Bar No. 2248)
kbrady@cblh.com