IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-139-GMS |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., | ) | |
| DXG TECHNOLOGY (U.S.A.) INC., | ) | |
| DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| LEICA CAMERA AG, LEICA CAMERA INC., | ) | |
| MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., | ) | |
| RITZ CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., | ) | |
| D/B/A SEA & SEA, TARGET CORP., | ) | |
| VISTAQUEST CORP., VUPOINT | ) | |
| SOLUTIONS, INC., WALGREEN CO., and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant General Electric Co. ("General Electric") must answer, move, or otherwise respond to the complaint in the above action is extended through and including August 31, 2008.

The reason for this request is that plaintiff and General Electric have reached an agreement in principle to settle their disputes, have finalized their settlement agreement as to all

{00232547;v1}

material terms, and are in the process of preparing execution copies of such agreement. Accordingly, they anticipate being in a position to finalize the necessary paperwork and file a stipulation of dismissal by August 31, 2008.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
| /s/ Evan O. Williford | /s/ John G. Day |
| David Margules (I.D. #2254)<br>Evan O. Williford (I.D. #4162)<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>302-573-3500<br>dmargules@bmf-law.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant General Electric Co.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge