IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-139-GMS |
| | ) | |
| AIPTEK, INC., ARGUS CAMERA CO., LLC, | ) | |
| BUSHNELL INC., | ) | |
| DXG TECHNOLOGY (U.S.A.) INC., | ) | |
| DXG TECHNOLOGY CORP., | ) | |
| GENERAL ELECTRIC CO., | ) | |
| LEICA CAMERA AG, LEICA CAMERA INC., | ) | |
| MINOX GMBH, MINOX USA, INC., | ) | |
| MUSTEK, INC. USA, MUSTEK, INC., | ) | |
| OREGON SCIENTIFIC, INC., POLAROID | ) | |
| CORP., RITZ INTERACTIVE, INC., | ) | |
| RITZ CAMERA CENTERS, INC., SAKAR | ) | |
| INTERNATIONAL, INC., D/B/A DIGITAL | ) | |
| CONCEPTS, TABATA U.S.A., INC., | ) | |
| D/B/A SEA & SEA, TARGET CORP., | ) | |
| VISTAQUEST CORP., VUPOINT | ) | |
| SOLUTIONS, INC., WALGREEN CO., and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant General Electric Co. ("General Electric") must answer, move, or otherwise respond to the complaint in the above action is extended through and including September 12, 2008.

The reason for this request is that plaintiff and General Electric have reached an agreement in principle to settle their disputes, and have been working to finalize a written

{00237220;v1}

agreement. The process has taken somewhat longer than expected, but they anticipate being in a position to file a stipulation of dismissal by September 12, 2008.

<div style="display: flex;">

**BOUCHARD MARGULES &  
    FRIEDLANDER, P.A.**

*/s/ Evan O. Williford*

_____  
David Margules (I.D. #2254)  
Evan O. Williford (I.D. #4162)  
222 Delaware Avenue  
Suite 1400  
Wilmington, DE  19801  
302-573-3500  
dmargules@bmf-law.com

*Attorneys for Plaintiff*

**ASHBY & GEDDES**

*/s/ Steven J. Balick*

_____  
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Lauren E. Maguire (I.D. #4261)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware  19899  
302-654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
lmaguire@ashby-geddes.com

*Attorneys for Defendant  
General Electric Co.*

</div>

SO ORDERED, this _____ day of _____, 2008.

_____  
Chief Judge