IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.<br><br>   Plaintiff,<br><br> v.<br><br>AIPTEK, INC., *et al.*<br><br>   Defendants. | C.A. No. 08-00139-GMS<br>(Consolidated) |

## JOINT MOTION FOR ADDITIONAL PAGES OF *MARKMAN* BRIEFING

The parties jointly request an increase in the page limits for opening claim construction briefs, from twenty to thirty pages, to address disputes on eight of the patents that remain at issue in this consolidated litigation. As opening briefs are due on April 23, 2015, the parties respectfully request a decision on this issue before that date.

Good cause exists for this increase. The parties diligently met and conferred to reduce the claim construction disputes before the court, pursuant to the Scheduling Order (D.I. 464 (entered June 25, 2014)). Indeed, the parties reached agreement on a substantial number of claim terms. Yet, with eight asserted patents with claim terms in dispute, significant claim construction issues remain. These are set forth in the Joint Claim Chart (D.I. 553).

Thus, while the Court's standard page limits may be sufficient for the typical patent case involving a few patents, the parties respectfully submit that a slight increase is appropriate here. A twenty-page opening brief would provide only about two-and-a-half pages per patent, for FlashPoint and the several defendants (which have different patents

asserted against them) to collectively address the various disputes remaining. (There are now, on average, just under seven disputed claim terms per patent.) An increase to thirty pages, in contrast, would provide a more reasonable amount of space—slightly under four pages per patent. The parties believe such an increase is warranted here, in order to effectively frame the disputes for the Court in the opening briefs. Moreover, limiting the increase to ten additional pages will avoid burdening the Court with unnecessary briefing.

The limit for answering claim construction briefs would remain unchanged, at twenty pages. A proposed order granting this motion is attached.

Dated April 10, 2015                                                    Respectfully submitted,

*/s/ Edmond D. Johnson*                                         */s/ Rex. A. Donnelly*

Edmond D. Johnson (DE Bar #2257)           Rex A. Donnelly, IV (DE Bar # 3492)
James G. McMillan, III (DE Bar #3979)       RATNER PRESTIA
PEPPER HAMILTON LLP                              1007 Orange Street, Suite 205
Hercules Plaza, Suite 5100                             P.O. Box 1596
1313 N. Market Street                                     Wilmington, DE 19801
P.O. Box 1709                                                  Telephone: (302) 778-2500
Wilmington, DE 19899                                   Fax: (302) 778-2600
Telephone: (302) 777-6500

                                                                       Michael K. Plimack (*pro hac vice*)
Goutam Patnaik                                             COVINGTON & BURLING LLP
Tuhin Ganguly                                               One Front Street
PEPPER HAMILTON LLP                              San Francisco, CA  94111
600 14th Street NW                                       Telephone: (415) 591-6000
Washington DC 20005                                  Facsimile: (415) 591-6091
Telephone: (202) 220-1200

                                                                       David A. Garr (*pro hac vice*)
William D. Belanger                                     COVINGTON & BURLING LLP
PEPPER HAMILTON LLP                             One CityCenter
19th Floor, High Street Tower                      850 Tenth Street, N.W.
125 High Street                                              Washington, D.C. 20001
Boston, MA 02110                                        Telephone: (202) 662-6000
Telephone: (617) 204-5100                          Facsimile: (202) 662-6291

*Attorneys for Plaintiff FlashPoint*                *Attorneys for Defendant Palm, Inc.*
*Technology, Inc.*

| | |
|---|---|
| */s/ Richard D. Kirk* | */s/ Philip A. Rovner* |

Richard D. Kirk (DE Bar #922)
Stephen B. Brauerman (DE Bar #4952)
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 429-4208

Douglas A. Miro
Lawrence S. Rosenthal
Ostrolenk Faber LLP
1180 Avenue of the Americas
New York, New York 10036
(212) 596-0518

*Attorneys for Defendant Sakar International Inc. doing business as Digital Concepts*

Philip A. Rovner (DE Bar #3215)
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951 Wilmington, DE 19899
Telephone: (302) 984-6000

Christopher Kao
David J. Tsai
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
(415) 344-7068

*Attorneys for Defendant General Imaging Co.*

*/s/ Travis Hunter*
Frederick L. Cottrell, III (DE Bar #2555)
Travis Steven Hunter (DE Bar #5350)
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street Wilmington, DE 19801
Telephone: (302) 658-6541

Irfan Lateef
Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404

*Attorneys for Defendants Mustek Inc. USA and Mustek Inc.*

3